# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *MEDICAL REPORT & CRIME/INCIDENT REPORT*

Number of pages to this Exhibit: **2 8** pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☑ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☐ United States district court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**
DEPARTMENT OF CORRECTIONS

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | ON THE JOB INJURY | DATE |
|---|---|---|---|---|
| SNSP | C-yrd | USE OF FORCE / INJURY / (UNUSUAL OCCURRENCE) | PRE AD/SEG ADMISSION | 6/14/05 |

| THIS SECTION FOR INMATE ONLY | NAME LAST Knight FIRST Clarence | CDC NUMBER C07508 | HOUSING LOC. C6-103L | NEW HOUSING LOC. |
|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME LAST     FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME LAST     FIRST     MIDDLE | DOB | OCCUPATION | |
| | HOME ADDRESS     CITY     STATE     ZIP | | HOME PHONE | |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| C6 | 6/14 @ 0710 | "none" |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL (circle) | AGE | RACE | SEX |
|---|---|---|---|---|---|---|
| 0710 | 0755 |  | (AMBULATORY) / LITTER / WHEELCHAIR / ON SITE | 45 | B | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"No comment!" I'm Refused to speak to staff.

| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| Nina / 0200 | |

| TIME/DISPOSITION | REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|---|
| 0745 / to custody | N. SANTOS LVN | | Th/F |

(Medical data is to be included in progress note or emergency care record filed in UHR)

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDC 837-A (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

| PAGE 1 OF 4 | INCIDENT LOG NUMBER SVSP-CEN-05-06-0365 | INCIDENT DATE 06/14/05 | INCIDENT TIME 05:13 |
|---|---|---|---|

| INSTITUTION SVSP | FACILITY C | FACILITY LEVEL ☐ I ☐ II ☐ III ☒ IV | INCIDENT SITE H.U.6 & * | LOCATION C6-102,103,113 C8-211 | ☒ ASU ☐ SHU ☐ PSU ☐ PHU ☐ SNY ☒ GP ☐ CTC ☐ RC SEG. YARD: ☐ CC ☐ WA ☐ RM | USE OF FORCE ☒ YES ☐ NO |

**SPECIFIC CRIME / INCIDENT**
Poss. of Wepon/Dist. Cont. Sub. within an Inst./Resisting Staff w/Force

☒ CCR ☐ PC ☐ N/A
NUMBER/SUBSECTION: 3005 (b),3006 (a), 3016 (c)

| D. A. REFERRAL ELIGIBLE ☒ YES ☐ NO | SERT ACTIVATED ☐ YES ☒ NO | NMT ACTIVATED ☐ YES ☐ NO | MUTUAL AID REQUEST ☐ YES ☒ NO | PIO/AA NOTIFIED ☒ YES ☐ NO |

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|---|
| ☐ INMATE ☐ STAFF ☐ VISITOR ☐ OTHER: ___ ☒ N/A | ☐ ACCIDENTAL ☐ SUICIDE ☐ EXECUTION ☐ NATURAL ☐ HOMICIDE ☐ OVERDOSE ☐ UNKNOWN ☒ N/A | ☐ ON INMATE ☐ ON STAFF ☐ ON VISITOR ☐ OTHER: ___ ☒ N/A | ☐ BEATING ☐ SPEARING ☐ GASSING ☐ STABBING ☐ POISONING ☐ STRANGLING ☐ SEXUAL ☐ OTHER: ___ ☐ SHOOTING ☐ SLASHING ☒ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | SHOTS FIRED / TYPE WEAPON / FORCE |
|---|---|---|---|
| ☐ INMATE ☐ STAFF ☐ VISITOR ☐ OTHER: ___ ☒ N/A | ☐ CHEMICAL SUBSTANCE ☐ CLUB / BLUDGEON ☐ EXPLOSIVE ☐ FIREARM ☐ HANDS / FEET ☐ KNIFE ☐ SAP/SLUNG SHOT ☐ PROJECTILE ☐ SPEAR ☐ SLASHING INSTRUMENT ☐ STABBING INSTRUMENT ☐ OTHER: ___ ☐ BODILY FLUID ☐ OTHER FLUID: ___ ☐ UNKNOWN LIQUID ☐ N/A | **TYPE:** ☐ COMMERCIAL WEAPON ☒ INMATE MANUFACTURED WEAPON | **WEAPON:** WARNING # EFFECT # **TYPE:** NO: ☐ MINI 14 ___ ___ **BATON ROUND:** ☐ 38 CAL. ___ ___ WOOD ___ ☐ 9MM ___ ___ RUBBER ___ ☐ SHOTGUN ___ ___ FOAM ___ **LAUNCHER:** **STINGER:** ☐ 37MM ___ .32 (A) ___ ☐ L8 ___ .60 (B) ___ ☐ 40MM **EXACTIMPACT** ☐ 40MM MULTI CTS 4557 ___ ☐ HFWRS XM 1006 ___ **FORCE:** **CHEMICAL:** ☐ SIDE-HANDLE BATON ☒ OC ___ ☐ PHYSICAL FORCE ☐ CN MK 9 ☐ X10 ☐ CS ___ ☐ OTHER: ___ ☐ N/A |

| CONTROLLED SUBSTANCE / WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY |
|---|---|---|
| ☐ POSITIVE UA ☐ CONTROLLED MEDS ☐ WITH PACKAGING ☐ WITHOUT PACKAGING PRELIMINARY LAB ☐ AMPHETAMINE ___ ___ ☐ BARBITURATES ___ ___ ☐ COCAINE ___ ___ ☐ CODEINE ___ ___ ☒ HEROIN .37 grams ___ ☐ MARIJUANA/THC ___ ___ ☐ METHAMPHETAMINE ___ ___ ☐ MORPHINE ___ ___ ☐ OTHER: ___ ☐ N/A | ☐ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY IF YES, LIST AFFECTED PROGRAMS: ☒ N/A | ☐ EMPLOYEE JOB ACTION ☐ ENVIRONMENTAL HAZARD ☐ WEATHER ☐ EXPLOSION ☐ SEARCH WARRANT ☐ FIRE ☐ ARREST ☐ GANG/DISRUPTIVE GROUP ☐ OTHER: ___ ☐ HOSTAGE ☐ INMATE STRIKE EXTRACTION: ☐ MAJOR DISTURBANCE ☐ CONTROLLED ☐ MAJOR POWER OUTAGE ☐ IMMEDIATE ☐ NATURAL DISASTER ☐ PUBLIC DEMONSTRATION ☐ SPECIAL INTEREST I/M ☒ N/A |

**BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):**
On June 14, 2005 at approximately 0513 hours the Investigative Service Unit (ISU) conducted a series of cell searches on Facility C. Housing Unit (H. U.) 6, cell's 102, 103, 113 and H. U. 8, cell 211. During the search multiple Inmate Manufactured Weapons were discovered and .37 grams of suspected narcotics (Heroin) .

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) L. Martinez | TITLE Lieutenant | ID # ▓▓▓▓ | BADGE # ▓▓▓▓ |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF *[signature]* Lt (A) | | PHONE EXT. (INCIDENT SITE) ▓▓▓▓ | DATE 06/14/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) Travers *[signature]* | | TITLE Correctional Administrator | DATE 6/15/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| | | PAGE __2__ OF __4__ | INCIDENT LOG NUMBER |
|---|---|---|---|
| | | | SVSP-CEN-05-06-0365 |
| INSTITUTION SVSP | FACILITY C | DATE OF INCIDENT 06/14/05 | TIME OF INCIDENT 05:13 |

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT   [ ] SUPPLEMENTAL INFORMATION   [ ] AMENDED INFORMATION   [ ] CLOSURE REPORT

**NARRATIVE:**

On June 14, 2005 at approximately 0513 hour IGI Lieutenant R. L. Martinez, Sergeant S. Hatton, D. Fragoso S & I #3, R. Salao S & I # 5, M. Valdez S & I # 1, A. Diaz S & I #8 , E. Parson S & I # 10, E. Perez S & I # 7, J. Jackson S & I # 6, B. Gibbs S & I # 4 and B. De La Santos S & I # 11 conducted cell searches on Facility C, H. U. 6 cells 102, 103, 113 and H. U. 8, cell 211 simultaneously.

As the ISU Team approached cell 102 occupied by Inmates Woods, D-30424, C6-102L and Frye, T-05458, C6-102U and cell 103 occupied by Inmates Knight, C-67508, C6-103L and Harvey, H-28106, C6-103U, H. U. 6 Control Booth Officer L. Millare was instructed to simultaneously open both cells. All inmates complied to staff orders and were removed from their cell without incident and placed into B-Section Showers. The ISU Team proceeded to cell 113.

Upon arrival to cell 113 occupied by Inmates Williams, D-05864, C6-113L and Brown, J-75188, C6-113U, Officer Gibbs requested Millare to open the cell. Gibbs observed Inmate Williams standing in the center of the cell and Inmate Brown laying on the upper bunk. Gibbs gave Williams several orders to prone out with negative results. Officer Fragoso gave several orders to Inmate Brown to remain on the upper bunk, with negative results. Fragoso observed Brown turn to the left in a quick motion and reach for an unknown object. Simultaneously Williams was observed by Gibbs, Perez and Jackson reaching for an unknown object from the lower bunk and running to the toilet; tossing the unknown object in the toilet and flushing it . Officer's Fragoso, Gibbs, Jackson and Perez concurrently utilized their O. C. Pepper Spray in attempt to preserve evidence and to gain compliance. Inmate Williams and Brown were Peppered Sprayed in their upper torso and facial area, with negative results. Sergeant Hatton reached into the cell and grabbed Williams by the left shoulder and pulled him out of the cell. Officer Jackson grabbed Williams by both shoulder and forced him to the ground. At this time Gibbs placed Williams in handcuffs and escorted him to the lower B-Section shower for decontamination. Inmate Brown was ordered by Fragoso to submit to being placed in handcuff, which Brown complied. Fragoso escorted Brown to the upper tier B-Section shower for decontamination. The ISU Team proceeded to H. U. 8, cell 211.

As the ISU Team approached cell 211 occupied by Inmates Reese, J-02950, C8-211L and Hunter, J-06098, C8-211U, , H. U. 8 Control Booth Officer was instructed to open the cell. Both inmates complied to staff orders and were removed from their cell without incident and placed into B-Section Showers. While inmate Reese was being searched Officer Valdez observed Reese with an object in his mouth. Valdez ordered Reese to remove the object, which he complied. The object was discovered to be an wooden pipe utilized to smoke Marijuana. All inmates were escorted to the Facility C Medical Annex and had an medical evaluation (7219). The cell was subsequently searched by Officer Valdez and Perez, with negative results.

A subsequent cell search was conducted in cell H. U. 6, cell 102 by Officer's B. Gibbs and De La Santos. Officer Gibbs discovered a black tar substance secreted in a plastic baggy located on the top of the lower right side shelf. Furthermore Gibbs discovered Inmate Manufactured Alcohol in a five gallon bucket under the desk in the cell. Gibbs photographed and processed the evidence. Gibbs performed The Department of Justice Presumptive Drug Test on the black tar substance, which proved positive for Heroin and weighed .06 grams.

An Additional cell search was conducted in cell H. U. 6, cell 103 by Officer's A. Diaz and T. Parsons. Officer Diaz discovered a Inmate Manufactured weapon on the upper bunk under the mattress. The weapon was constructed metal and measured approximately five inches in length and half inch in width and sharpened to a point. Furthermore Diaz discovered an additional Inmate Manufactured Weapon on the right corner lower bunk . The weapon was constructed of folded metal and measured three and a quarter inches in length and three quarter inches in width and sharpened to a point. Furthermore Diaz discovered suspected Heroin wrapped in two separate bindles secreted in a rubber glove that was in a hat on the lower bunk.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) R. L. Martinez | TITLE Lieutenant | ID # | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) | DATE 06/14/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) R. Travers | | TITLE AWCS | DATE 6/15/05 |

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| PAGE 3 OF 4 | INCIDENT LOG NUMBER SVSP-CEN-05-06-0365 |
|---|---|

| INSTITUTION SVSP | FACILITY C | DATE OF INCIDENT 06/14/05 | TIME OF INCIDENT 05:13 |
|---|---|---|---|

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT   [ ] SUPPLEMENTAL INFORMATION   [ ] AMENDED INFORMATION   [ ] CLOSURE REPORT

**NARRATIVE:**

Diaz photographed and processed the evidence. Diaz performed The Department of Justice Presumptive Drug Test on the black tar substance, which proved positive for Heroin and weighed .17 grams and .14 grams.

Officer Fragoso and Salao were assigned to search cell 113. During the course of the cell search Fragoso discovered two razor blades approximately one and a half inches in length secreted in a nail clippers which was located on the desk area of the cell. Furthermore Fragoso discovered an Inmate Manufactured Weapon hidden in a television which was located on the top shelf. The weapon was constructed from round metal stock (tube) and measured six and a half inches in length and a quarter inch in width and sharpened to a point at one end. Fragoso photographed the evidence and processed the weapon into evidence. All Inmates were re-housed without further incident.

SUSPECTS: Woods, D-30428, Frye, T-55458, Knight, C-67508, Harvey, H-28106, Williams, D-05864, Brown, J-75188, Reese J-02950, Hunter, J-06098

VICTIM: N/A

ESCORTS: R. Salao, M. Valdez, E. Perez, B. Gibbs, J. Jackson, D. Fragoso, E. Parsons, A. Diaz.

USE OF FORCE: O. C. Pepper Spray (MK9), Physical Force by Officer Jackson

CRIME SCENE/EVIDENCE: Multiple Digital photographs, Inmate Manufactured Weapons, and the controlled substance were placed in the Investigative Service Unit Evidence Lockers: June 2005 Film Locker, 06A, and 51 respectfully.

MEDICAL/MENTAL HEALTH: Woods: Clear, FRYE: Clear, Knight: CCCMS, Harvey: Clear, Williams: Clear, Brown: Clear, Reese: Clear, Hunter: Clear

EVALUATIONS/TREATMENT: LVN, N. Santos Conducted a medical examination/evaluations (7219) on Inmate Woods, noting no injuries. MTA, E. Pulido performed an CDC 7219 on Frye, noting no injuries. LVN, N. Santos Conducted a 7219 on Inmate Knight noting no injuries. RN. N. Moore Conducted a 7219 on Inmate Harvery noting no injuries. MTA, E. Pulido performed an CDC 7219 on Williams, noting OC Exposure. MTA, E. Pulido performed an CDC 7219 on Brown, noting OC Exposure. MTA, E. Pulido performed an CDC 7219 on Reese, noting no injuries. MTA, E. Pulido performed an CDC 7219 on Hunter, noting no injuries.

CONCLUSION: There was no damage to state property, nor were there any staff injuries. Inmate Woods will be issued a Rules Violation report (CDC 115) for the violation of California Code Of Regulations 3016(c), specifically, Distribution of a Controlled Substance within an institution . Inmate Frye will be issued a CDC 115 for the violation of California Code Of Regulations 3016(c), specifically, Distribution of a Controlled Substance within an institution. Inmate Knight will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Harvey will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Williams will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Brown will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Reese will be issued a CDC 115 for the violation of California Code Of Regulations 3016 (b), specifically, Possession of Drug Paraphernalia.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) R. L. MARTINEZ | TITLE LIEUTENANT | ID # ▇▇▇ | BADGE # ▇▇▇ |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) | DATE 06/14/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) D. Travers | | TITLE Correctional Administrator | DATE 4/15/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| | | PAGE __4__ OF __4__ | INCIDENT LOG NUMBER SVSP-CEN-05-06-0365 |
|---|---|---|---|
| INSTITUTION SVSP | FACILITY C | DATE OF INCIDENT 06/14/05 | TIME OF INCIDENT 05:13 |

TYPE OF INFORMATION:

[X] SYNOPSIS/SUMMARY OF INCIDENT    [ ] SUPPLEMENTAL INFORMATION    [ ] AMENDED INFORMATION    [ ] CLOSURE REPORT

NARRATIVE:

NOTIFICATIONS: This incident will be referred to the Monterey County District Attorney's officer for possible felony prosecution. All appropriate Administrative Staff were notified of this incident. You will be apprised of any further developments in this matter via supplemental reports.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1.

| NAME OF REPORTING STAFF (PRINT/TYPE) R. L. Martinez | TITLE Lieutenant | ID # | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) | DATE 06/14/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) D. Travers | | TITLE AWCS | DATE 6/15/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE _1_ OF _2_

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | C | SVP-CEN-05-06-0365 |

**INMATE (ENTIRE SHEET)**

| NAME: LAST WOODS | FIRST BARRY | MI | CDC # D30424 | SEX M | ETHNICITY BLA | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 367 | PV RTC [X] YES [ ] NO | DATE REC'D BY CDC 01 / 08 / 91 | DATE REC'D BY INST 06 / 30 / 04 | ANTICIPATED RELEASE DATE | EXTRACTION [ ] YES [X] NO | DOB | HOUSING ASSIGN. C6 102 |
|---|---|---|---|---|---|---|---|---|
| [ ] VICTIM | | | | | | | | |
| [X] SUSPECT | | | | | | | | |
| [ ] WITNESS | [ ] CCCMS [ ] MHCB | [ ] EOP [ ] DDP | [ ] DPP [X] N/A | [ ] DMH | COMMITMENT OFFENSE | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

[X] N/A

[ ] VALIDATED [X] ASSOCIATED [ ] N/A

[ ] HOSPITALIZED [ ] TREATED & RELEASED [ ] REFUSED TREATMENT    NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] DECEASED DATE: _____    [X] N/A    [X] N/A

| NAME: LAST FRYE | FIRST KARLOS | MI | CDC # T 05458 | SEX M | ETHNICITY BLA | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 85 | PV RTC [ ] YES [X] NO | DATE REC'D BY CDC 01 / 30 / 01 | DATE REC'D BY INST 12 / 28 / 02 | ANTICIPATED RELEASE DATE | EXTRACTION [ ] YES [X] NO | DOB | HOUSING ASSIGN. C6 102 |
|---|---|---|---|---|---|---|---|---|
| [ ] VICTIM | | | | | | | | |
| [X] SUSPECT | | | | | | | | |
| [ ] WITNESS | [ ] CCCMS [ ] MHCB | [ ] EOP [ ] DDP | [ ] DPP [X] N/A | [ ] DMH | COMMITMENT OFFENSE | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

[X] N/A

[ ] VALIDATED [X] ASSOCIATED [ ] N/A

[ ] HOSPITALIZED [ ] TREATED & RELEASED [ ] REFUSED TREATMENT    NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] DECEASED DATE: _____    [X] N/A    [X] N/A

| NAME: LAST KNIGHT | FIRST CLARENCE | MI | CDC # C 07508 | SEX M | ETHNICITY BLA | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 211 | PV RTC [ ] YES [X] NO | DATE REC'D BY CDC 8 / 8 / 79 | DATE REC'D BY INST 12 / 2 / 03 | ANTICIPATED RELEASE DATE | EXTRACTION [ ] YES [X] NO | DOB | HOUSING ASSIGN. C6 103 |
|---|---|---|---|---|---|---|---|---|
| [ ] VICTIM | | | | | | | | |
| [X] SUSPECT | | | | | | | | |
| [ ] WITNESS | [X] CCCMS [ ] MHCB | [ ] EOP [ ] DDP | [ ] DPP [ ] N/A | [ ] DMH | COMMITMENT OFFENSE MURDER 1ST | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

[X] N/A

[ ] VALIDATED [ ] ASSOCIATED [X] N/A

[ ] HOSPITALIZED [ ] TREATED & RELEASED [ ] REFUSED TREATMENT    NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] DECEASED DATE: _____    [X] N/A    [X] N/A

| NAME: LAST HARVEY | FIRST QUILLIE | MI | CDC # H 28106 | SEX M | ETHNICITY BLA | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 130 | PV RTC [ ] YES [X] NO | DATE REC'D BY CDC 4 / 1 / 92 | DATE REC'D BY INST 11 / 21 / 02 | ANTICIPATED RELEASE DATE / / | EXTRACTION [ ] YES [X] NO | DOB | HOUSING ASSIGN. C6 103 |
|---|---|---|---|---|---|---|---|---|
| [ ] VICTIM | | | | | | | | |
| [X] SUSPECT | | | | | | | | |
| [ ] WITNESS | [ ] CCCMS [ ] MHCB | [ ] EOP [ ] DDP | [ ] DPP [X] N/A | [ ] DMH | COMMITMENT OFFENSE | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP
CRIP

[X] N/A

[ ] VALIDATED [X] ASSOCIATED [ ] N/A

[ ] HOSPITALIZED [ ] TREATED & RELEASED [ ] REFUSED TREATMENT    NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] DECEASED DATE: _____    [ ] N/A    [X] N/A

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART B1 - INMATE
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| Salinas Valley State Prison | C | SVP-CEN-05-06-0365 |

## INMATE (ENTIRE SHEET)

| NAME: LAST WILLIAMS | FIRST Henry | MI L. | CDC # D05864 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 57 | PV RTC ☐ YES ☒ NO | DATE REC'D BY CDC 05 / 08 / 85 | DATE REC'D BY INST 08 / 01 / 02 | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB | HOUSING ASSIGN. C6-113 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM ☒ SUSPECT ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ DMH ☒ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

NONE

☐ N/A

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED ☐ ASSOCIATED ☒ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☒ N/A
☐ DECEASED DATE: _____
NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

| NAME: LAST BROWN | FIRST Ernest | MI D. | CDC # J75188 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 57 | PV RTC ☒ YES ☐ NO | DATE REC'D BY CDC 09 / 01 / 95 | DATE REC'D BY INST 08 / 28 / 96 | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB | HOUSING ASSIGN. C6-113 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM ☒ SUSPECT ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ DMH ☒ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

NONE

☐ N/A

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED ☐ ASSOCIATED ☒ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☒ N/A
☐ DECEASED DATE: _____
NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

| NAME: LAST REESE | FIRST CALVIN | MI L. | CDC # D02950 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 166 | PV RTC ☒ YES ☐ NO | DATE REC'D BY CDC 04 / 18 / 95 | DATE REC'D BY INST 12 / 23 / 02 | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB | HOUSING ASSIGN. C8-211 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM ☒ SUSPECT ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ DMH ☒ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

NONE

☐ N/A

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED ☐ ASSOCIATED ☒ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☒ N/A
☐ DECEASED DATE: _____
NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

| NAME: LAST HUNTER | FIRST LIONEL | MI A. | CDC # J06098 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 89 | PV RTC ☒ YES ☐ NO | DATE REC'D BY CDC 09 / 20 / 96 | DATE REC'D BY INST 12 / 26 / 96 | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB | HOUSING ASSIGN. C8-211 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM ☒ SUSPECT ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ DMH ☒ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

NONE

☐ N/A

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED ☐ ASSOCIATED ☒ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☒ N/A
☐ DECEASED DATE: _____
NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART B2- STAFF
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __3__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | C | SVP-CEN-05-06-0365 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MARTINEZ | R | | LIEUTENANT | M | M | S/S/H |

**CHECK ONE**
[X] PRIMARY  [ ] CAMERA
[ ] RESPONDER
[ ] WITNESS
[ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| | | | IGI LIEUTENANT |

DESCRIPTION OF INJURIES:  [X] N/A

[ ] HOSPITALIZED  [ ] TREATED & RELEASED   NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] REFUSED TREATMENT                      [X] N/A
[ ] DECEASED DATE: _____ [X] N/A

USED FORCE  [ ] YES  [X] NO   TYPE: _____
PROCESSED EVIDENCE  [ ] YES  [X] NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| HATTON | S | B | SERGEANT | M | W | S/S/H |

**CHECK ONE**
[X] PRIMARY  [ ] CAMERA
[ ] RESPONDER
[ ] WITNESS
[ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| | | | ISU SERGEANT |

DESCRIPTION OF INJURIES:  [X] N/A

[ ] HOSPITALIZED  [ ] TREATED & RELEASED   NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] REFUSED TREATMENT                      [X] N/A
[ ] DECEASED DATE: _____ [X] N/A

USED FORCE  [X] YES  [ ] NO   TYPE: PHYS.
PROCESSED EVIDENCE  [ ] YES  [X] NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| VALDEZ | M | | OFFICER | M | M | S/S/H |

**CHECK ONE**
[X] PRIMARY  [ ] CAMERA
[ ] RESPONDER
[ ] WITNESS
[ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| | | | SQUAD OFFICER # 1 |

DESCRIPTION OF INJURIES:  [X] N/A

[ ] HOSPITALIZED  [ ] TREATED & RELEASED   NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] REFUSED TREATMENT                      [X] N/A
[ ] DECEASED DATE: _____ [X] N/A

USED FORCE  [ ] YES  [X] NO   TYPE: _____
PROCESSED EVIDENCE  [X] YES  [ ] NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| FRAGOSO | D | | OFFICER | M | M | S/S/H |

**CHECK ONE**
[X] PRIMARY  [ ] CAMERA
[ ] RESPONDER
[ ] WITNESS
[ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| | | | SQUAD OFFICER # 3 |

DESCRIPTION OF INJURIES:  [X] N/A

[ ] HOSPITALIZED  [ ] TREATED & RELEASED   NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] REFUSED TREATMENT                      [X] N/A
[ ] DECEASED DATE: _____ [X] N/A

USED FORCE  [X] YES  [ ] NO   TYPE: OC SPRAY
PROCESSED EVIDENCE  [X] YES  [ ] NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| GIBBS | B | | OFFICER | M | B | S/S/H |

**CHECK ONE**
[ ] PRIMARY  [ ] CAMERA
[ ] RESPONDER
[ ] WITNESS
[ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| | | | SQUAD OFFICER # 4 |

DESCRIPTION OF INJURIES:  [X] N/A

[ ] HOSPITALIZED  [ ] TREATED & RELEASED   NAME/LOCATION OF HOSP./TREAT. FACILITY
[ ] REFUSED TREATMENT                      [X] N/A
[ ] DECEASED DATE: _____ [X] N/A

USED FORCE  [X] YES  [ ] NO   TYPE: OC SPRAY
PROCESSED EVIDENCE  [X] YES  [ ] NO

STATE OF CALIFORNIA
## CRIME / INCIDENT REPORT
**PART B2- STAFF**
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE **3** OF **3**

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | C | SVP-CEN-05-06-0365 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| PULIDO | E | | MTA | F | M | S/M |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | | | | FACILITY C MTA |
| ☒ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☒ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| SANTOS | N | | LVN | M | M | TH/F |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | NA | | | FACILITY C MEDICAL |
| ☒ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☒ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MOORE | N | | RN | F | | S/S |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | NA | | | FACILITY C MEDICAL |
| ☒ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☐ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☐ NO | |
| ☐ DECEASED DATE: _____ ☐ N/A | ☐ N/A | TYPE: _____ | ☐ YES ☐ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MILLARE | L | | OFFICER | M | O | W/TH |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☒ PRIMARY ☐ CAMERA | | | | FACILITY C BUILDING 6 CONTROL |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☒ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| DE LO SANTOS | B | | OFFICER | F | M | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | | | | COURT LIAISON OFFICER |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☐ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES ☒ NO |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __3__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | C | SVP-CEN-05-06-0365 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| SALAO | R | | OFFICER | M | O | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☒ PRIMARY ☐ CAMERA | | | | SQUAD OFFICER # 5 |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☒ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| JACKSON | J | | OFFICER | M | W | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☒ PRIMARY ☐ CAMERA | | | | SQUAD OFFICER # 6 |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☒ YES ☐ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: OC & PHYS. | ☐ YES ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| PEREZ | E | | OFFICER | M | M | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☒ PRIMARY ☐ CAMERA | | | | SQUAD OFFICER # 7 |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☒ YES ☐ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: OC SPRAY | ☐ YES ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| DIAZ | A | | OFFICER | M | M | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | | | | SQUAD OFFICER # 8 |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☒ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☒ YES ☐ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| PARSONS | T | | OFFICER | M | W | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | | | | TOOL CONTROL |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES ☒ NO | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES ☒ NO |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

— DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

| INCIDENT LOG NUMBER |
|---|
| SVP-CEN-05-06-0365 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Hatton | S | B | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 250416 | Squad Sergeant | 17 YR. 4 MO. | 06/14/05 | Facility C Buildings 6&8 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|
| S/S/H | 0730-1600 | Resisting staff w/force - Poss. of weapon - Poss. of narcs for sale. | 3005 (b) / 3006 (a) / 3016 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☒ PRIMARY | Martinez (s) | Jackson (s) | Woods D 30424 | Brown J 75188 |
| ☐ RESPONDER | Valdez (s) | Perez (s) | Frye T 05458 | Reese J 02950 |
| ☐ WITNESS | Fragoso (s) | Diaz (s) | Knight C67508 | Hunter J06098 |
| ☐ VICTIM | Parsons (s) | De Los Santos (s) | Harvey H 28106 | |
| ☐ CAMERA | Salao (s) | Parsons (s) | Williams D 05864 | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | | SHOTS FIRED BY YOU | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | | CHEM. TYPE: | | TYPE: | NO: | | NO: |
| ☒ PHYSICAL | ☐ 9 MM | | ☐ OC | 37 MM | | | 9 MM | |
| ☐ NONE | ☐ 38 CAL | | ☐ CN | L8 | | | 38 CAL | |
| | ☐ SHOTGUN | | ☐ CS | 40 MM | | | MINI-14 | |
| FORCE OBSERVED BY YOU | ☐ 37 MM | ☐ L8 | ☐ OTHER: | 40 MULTI | | | ☒ N/A | |
| ☒ WEAPON | ☐ 40 MM | ☐ 40 MULTI | ☐ N/A | | | | | |
| ☒ PHYSICAL | ☐ HFWRS | ☐ BATON | | SHOTGUN | | | | |
| ☐ NONE | | | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY   ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: | |

**NARRATIVE:**

On June 14, 2005, while performing my duties as Security Squad Sergeant, I was instructed by Institutional Gang Investigator (IGI) Lieutenant Martinez to have the Investigative Service Unit (ISU) staff conduct a series of cell searches located on Facility C Building 7 and Building 8. All ISU staff involved were briefed in the Squad Room and then we proceeded to Facility C Building 6. I briefed Officer Millare the Control Booth for Building 6 of the cells the unit would be searching. Myself along with ISU staff entered the building and proceeded to cell 102 occupied by Inmates Woods D-30424 and Frye T-05458 and cell 103, occupied by Inmate Knight C-67508 and Harvey H-28106, both cell doors were open simultaneously. ISU staff instructed inmates in both cells to be placed in hand cuffs to which they complied. Inmates Woods, Frye, and Harvey were escorted to showers in A section and secured. Due to Inmate Knight's mobility disability he was escorted to a table inside of A section and sat down. ✗

After securing the inmates, myself along with ISU staff approached Cell 113 and Officer Millare opened the cell door. Officer Gibbs gave Inmate Williams several orders to get down and prone out with negative results. At the same time Officer Fragoso instructed Inmate Brown (who was on the top bunk) to stop rolling over and keep his hands visible. Inmate Brown disobeyed Fragoso's order and made a movement toward the back of his bunk. Simultaneously Inmate Williams abruptly moved to the lower bunk and grabbed an unknown object and ran toward the cell door. Officer's Fragoso, Gibbs, Jackson and Perez utilized their

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | Squad Sergeant | | | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 6/14/05 | ☒ YES ☐ NO | ☐ YES ☐ NO | 6/14/05 |

Distribution:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-CEN-05-06-0365

| NAME: LAST | FIRST | MI |
|---|---|---|
| Hatton | S | B |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT    [ ] CLARIFICATION OF REPORT    [ ] ADDITIONAL INFORMATION

NARRATIVE:

state issued Oleoresin Capsicum Spray (OC) and sprayed both inmates to their upper torso areas. Inmate Williams stopped at the toilet and flushed it. I reached into the cell with my left hand and grabbed inmate Williams' T-shirt and attempted to pull Williams out of the cell, however the T-shirt ripped and tore off his body. I then grabbed Williams by the left shoulder and was successful in pulling Williams out of the cell. Officer Jackson then forced Inmate Williams to the ground. I maintained control of Williams upper body as other staff members hand cuffed Williams. Once both inmate were handcuffed they were placed into the lower B shower. An unclothed body search was conducted on both inmates and then were decontaminated by utilizing the shower water at the leisure. Myself along with ISU staff proceeded to Building 8 Cell 211 occupied by Inmates Reese J-02950 and Hunter J-06098. The cell door was opened and both inmates were hand cuffed and secured in the shower.

All inmates involved were escorted to the Facility C Program and placed into temporary holding cells and a medical report of injury (7219) was performed by medical staff.

A subsequent search revealed the following contraband:

Building 6 Cell 102 .006 grams of heroin.

Building 6 Cell 103 .031 grams of heroin and two (2) inmate manufactured weapons.

Building 6 Cell 113 one (1) inmate manufactured weapon and 2 razor blades.

Building 8 Cell 211 one (1) wooden pipe relinquished from Inmate Reese's mouth.

This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
|  | Squad Sergeant | ▆▆▆▆ | ▆▆▆▆ | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
|  | 6/14/05 | [ ] YES [ ] NO | [ ] YES [ ] NO | 6/14/05 |

Distribution: Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

| INCIDENT LOG NUMBER |
|---|
| SVP-CEN-05-06-0365 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Gibbs | B. | R | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 253103 | SECURITY SQUAD # 4 | 9 YR. 5 MO. | 06/14/05 | Facility C, Building #6 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|
| S/S/H | 0730/1600 | Poss of Weapon, Resisting Staff w/Force, Poss. of Narcs for Sale | 3005 (b),3006 (a), 3016 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | Sgt. S. Hatton (S) | Woods D-30424 C6-102L / Reese J-02950 C8-211L |
| ☒ RESPONDER | C/O M. Valdez (S) | Frye T-05458 C6-102U / Hunter J-06098 C8-211U |
| ☐ WITNESS | | Williams D-05864 C6-113 |
| ☐ VICTIM | | Brown J-75188 C6-113U |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|
| ☒ WEAPON | ☐ MINI-14 | CHEM. TYPE: | TYPE: NO: | | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☒ OC ___MK-9___ | 37 MM ___ ___ | 9 MM | ___ |
| ☐ NONE | ☐ 38 CAL | ☐ CN ___ | L8 ___ ___ | 38 CAL | ___ |
| | ☐ SHOTGUN | ☐ CS ___ | 40 MM ___ ___ | MINI-14 | ___ |
| FORCE OBSERVED BY YOU | ☐ 37 MM  ☐ L8 | ☐ OTHER:___ | 40 MULTI ___ ___ | ☒ N/A | |
| ☒ WEAPON | ☐ 40 MM  ☐ 40 MULTI  ☐ N/A | | 40 MULTI ___ ___ | | |
| ☐ PHYSICAL | ☐ HFWRS  ☐ BATON | | SHOTGUN ___ ___ | | |
| ☐ NONE | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | One Bindle of Suspected Heroin/One CD-R of Digital Photographs | Placed into ISU Evidence Locker #51/ISU Evidence Film Locker (June 2005) | ☐ YES | ☐ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER:___ | |

**NARRATIVE:**

On Tuesday June 14, 2005, at approximately 0513 hours while performing my duties as Security Squad Officer #4, the Investigative Service Unit (ISU) proceeded to Facility "C" to conduct multiple cell searches. Upon my arrival to Facility "C", I proceeded to Building #6 cell 102 which is jointly occupied by Inmates Woods D-30424 (C6-102L) and Frye T-05458 (C6-102U). As I arrived to cell #102, I looked through the cell door window and observed Woods laying on the lower bunk and Frye laying down on the upper bunk. The Control Booth Officer was then signaled to open the cell door. The cell door was opened at which time I ordered both inmate not to move. I gave Woods orders to get of the lower bunk and prone out on the cell floor at which time he complied. I continued to give Woods orders to crawl back to the cell door while maintaining visual contact on Frye. I placed handcuffs on Woods and Woods was escorted by ISU staff to A-Section lower shower. I then ordered Frye to get off the upper bunk and prone out on the cell floor with positive results. I ordered Frye to crawl back to the cell door and submit to handcuffs. I placed handcuffs on Frye and escorted him to A-Section lower shower.

I proceeded to cell #113 which is jointly occupied by Inmates Williams D-05864 (C6-113L) and Brown J-75188 (C6-113L). Upon my arrival to cell #113, I looked through the cell door window and observed Williams standing in the center of the cell between the bookshelves and bunks. Inmate Brown was laying down on the upper bunk. The Control Booth Officer was signaled to open the cell door. I immediately gave Williams several orders to get down and prone out.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| B. Gibbs | C/O | ▓▓▓ | ▓▓▓ | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 6/14/06 | ☐ YES ☐ NO | ☐ YES ☐ NO | 6/14/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__ | INCIDENT LOG NUMBER
SVP-CEN-05-06-0365

| NAME: LAST | FIRST | | MI |
|---|---|---|---|
| Gibbs | B | | R |

**TYPE OF INFORMATION:**

[X] CONTINUATION OF REPORT    [ ] CLARIFICATION OF REPORT    [ ] ADDITIONAL INFORMATION

**NARRATIVE:**

Inmate Williams ignored my orders to get down. As I keep visual contact on Williams, Officer D. Fragoso ordered Brown not to move. Inmate Williams abruptly reached for an unknown object from the lower bunk by the cell toilet. Utilizing my MK-9 Oleoresin Capsicum (OC) Pepper Spray, I sprayed one direct application of OC Pepper Spray to Williams facial and upper torso area while ordering him to prone out. I was momentarily incapacitated by the OC Pepper Spray and stepped back from the cell door. After I regained my composure, I observed Williams being restrained on the floor at which time I handcuffed him. Williams was escorted to the shower for decontamination.

I proceeded to Facility "C", Building #8, Cell #211 which is jointly occupied by Inmates Reese J-02950 (C8-211L) and Hunter J-06098 (C6-211U). Officer M. Valdez ordered Reese and Hunter to submit to handcuffs at which time they complied without incident. Both inmates were escorted to B-Section upper shower.

I returned to cell C6-102 to conduct a systematic search of the cell. As I entered the cell, I could smell the presence of Inmate Manufactured Alcohol (Pruno). I discovered a 5 Gallon white bucket located on the floor of the cell between the lower shelf and the desk. Inside of the bucket was a red liquid substance in a clear plastic bag approximately 3/4 full. I contacted Squad Sergeant S. Hatton who confirmed the red liquid was indeed Pruno. I continued to search the cell and discovered a plastic baggy located on top of the lower right side shelf by the television with a black tar like substance secreted in it. Utilizing a Sony Digital Camera I took the following digital pictures:

1. Over all view outside of cell #102.

2. Over all view inside of cell #102.

3. Mid range view of suspected Heroin located on top of the lower shelf.

4. Mid range view of suspected Heroin located on top of the lower shelf with Inmate Woods D-30424 identification card.

I placed the suspected Heroin into an Evidence bag and continued to search the cell with no more contraband being discovered. The Inmate Manufactured Alcohol was disposed of per Institutional Procedures. I returned to the ISU office and conducted an Department of Justice Presumptive Drug Test on the suspected Heroin which tested positive. I placed the suspected Heroin into ISU Evidence Locker #51. I downloaded the digital photographs onto one Compact Disc Recordable (CD-R) and placed the CD-R into ISU Evidence Film Locker (June 2005). I maintained sole possession of all evidence until I placed all items into evidence. This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # | ID # | DATE 06/14/05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 6/14/05 | APPROVED [X] YES [ ] NO | CLARIFICATION NEEDED [ ] YES [ ] NO | DATE 6/14/05 |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

PAGE __1__ OF __2__

INCIDENT LOG NUMBER: SVP-CEN-05-06-0365

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Fragoso | D | | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 253102 | S&I # 3 | 18 YR. 8 MO. | 06/14/05 | Facility "C" Cell C-6 113 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/S/H | 0800-1630 | Resisting Staff W Force-Poss Of Weapon-Poss Of Narcs for Sale | 3006 (A) 3006 (A) 3016 (C) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☒ PRIMARY | B. Gibbs | Brown J-75188 | C-6 113U |
| ☐ RESPONDER | | Williams D-05846 | C-6 113L |
| ☐ WITNESS | | Woods D-30424 | C-6 102L |
| ☐ VICTIM | | Frye T-05458 | C-6 102U |
| ☐ CAMERA | | | |

**FORCE USED BY YOU**
☒ WEAPON
☐ PHYSICAL
☐ NONE

**FORCE OBSERVED BY YOU**
☒ WEAPON
☐ PHYSICAL
☐ NONE

**WEAPONS USED BY YOU**
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN
☐ 37 MM    ☐ L8
☐ 40 MM    ☐ 40 MULTI
☐ HFWRS    ☐ BATON

CHEM. TYPE:
☒ OC    MK-9
☐ CN
☐ CS
☐ OTHER:_____
☐ N/A

**SHOTS FIRED BY YOU**

| | TYPE: | NO: | | NO: |
|---|---|---|---|---|
| 37 MM | | | 9 MM | |
| L8 | | | 38 CAL | |
| 40 MM | | | MINI-14 | |
| 40 MULTI | | | ☒ N/A | |
| SHOTGUN | | | | |

**EVIDENCE COLLECTED BY YOU**
☒ YES
☐ NO

| EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|
| One inmate manufactured weapon, Two razor blades, One nail clipper  ☐ N/A | Secured in Evidence Locker 06A  ☐ N/A | ☐ YES  ☒ NO | ☐ YES  ☒ NO |

**REPORTING STAFF INJURED**
☐ YES
☒ NO

| DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|
| ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A  ☐ UNKNOWN  ☐ OTHER:_____ | ☐ YES  ☒ NO |

**NARRATIVE:**

On June 14, 2005 at approximately 0513 hours, I was performing my duties as Investigative Services Unit (ISU) Officer #3. At this time I reported to Facility C to conduct multiple cell searches. I approached cell C-6 102 occupied by Inmates Woods D-30424 and Inmate Frye T-05458. The control booth officer opened the cell door, ISU Officer Gibbs ordered Inmates Woods and Frye to submit to mechanical restraints. Mechanical restraints were applied to both inmates without incident. I then escorted Inmate Frye to the A section lower shower stall. I approached cell C-6 113, occupied by Inmates Brown J-25188 and Inmate Williams D-05846. The control booth officer was instructed to open cell C-6 113. ISU Officer B. Gibbs ordered the occupants of the cell to assume the prone position, with negative results. Inmate Williams was standing near the end of the bunk and the toilet area, refusing to comply to Officer Gibbs orders. I ordered Inmate Brown to remain on the top bunk. Inmate Brown then sat up, on the top bunk. Inmate Brown then turned to his left in a quick motion attempting to reach for an unknown object on his bunk. Utilizing my MK-9 Magnum Oleoresin Capsicum (OC) spray , I applied one direct application towards the facial area of Inmate Brown. At this time Inmate Williams attempted to reach towards the lower bunk area , Officer Gibbs utilized his MK-9 (OC) spray and applied one direct one direct application to the facial area of Inmate Williams. I maintained a direct visual on Inmate Brown, while ISU staff placed Williams in mechanical restraints. I ordered Inmate Brown back up towards the cell, and submit to mechanical restraints. I applied the mechanical restraints on Inmate Brown without further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | | | 06-14-2005 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| S&I | 6/14/05 | ☒ YES ☐ NO | ☐ YES ☒ NO | 6/14/0_ |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-CEN-05-06-0365

| NAME: LAST | FIRST | | MI |
|---|---|---|---|
| FRAGOSO | D | | |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT     [ ] CLARIFICATION OF REPORT     [ ] ADDITIONAL INFORMATION

**NARRATIVE:**

I escorted Inmate Brown , while Officer Gibbs escorted Williams to the lower tier shower stall for decontamination. Both inmates were given an unclothed body search. I escorted Inmate Brown to the Facility C Health Annex for a medical evaluation (7219).

I began to conduct a cell search of cell C-6 113. During the search of the desk area I discovered secreted in a nail clipper Two (2) razor blades approximately 1 1/2 inches in length.  I removed from the top shelf a Zenith 13 inch color television set (ser # 1805) issued to Inmate Brown J-75188. Upon inspection of the television (TV) , I discovered secreted within the TV , one inmate manufactured weapon. I removed the front panel from the TV and removed the weapon. The inmate manufactured weapon measured approximately 6 1/2 inches in length by 1/4 inch in width. The weapon was constructed from round metal stock sharpened to a point at one end, with plastic melted on the opposite end to form a handle. I maintained control of the evidence, and utilizing a Sony Digital Camera photographed the contraband. I continued the search of the cell with negative results.

I processed the evidence and secured it in ISU evidence locker 06A, in accordance with institutional procedures. All digital images taken were transferred to a Compact Disc (CD), and placed in ISU film locker June 2005. This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE Officer | BADGE # | ID # | DATE 06/14/05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 6/14/05 | APPROVED [X] YES [ ] NO | CLARIFICATION NEEDED [ ] YES [X] NO | DATE 6/14/05 |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

⑰

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __3__

| INCIDENT LOG NUMBER |
|---|
| SVP-CEN-05-06-0365 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| DIAZ | A. | | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 253107 | S&I # 8 | 4 YR. 2 MO. | 06/14/05 | Fac 'C' Building 6 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/S/H | 0730-1600 | Resisting Staff w/Force/Poss.of a Weapon/Controlled Substance | 3005 (c)/3006 (a)/3016 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ PRIMARY | C/O E. Parsons, (S) | Knight, C-07508 (S) |
| ☐ RESPONDER | C/O M. Valdez, (S) | Harvey, H-28106 (S) |
| ☐ WITNESS | C/O R. Salao, (S) | |
| ☐ VICTIM | | |
| ☒ CAMERA | | |

**FORCE USED BY YOU**

| | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | TYPE: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC ___ | 37 MM ___ | | 9 MM ___ |
| ☒ NONE | ☐ 38 CAL | ☐ CN ___ | L8 ___ | | 38 CAL ___ |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN | ☐ CS ___ | 40 MM ___ | | MINI-14 ___ |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | ☐ OTHER: ___ | 40 MULTI ___ | | |
| ☐ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | ☒ N/A | | | ☒ N/A |
| ☒ NONE | ☐ HFWRS  ☐ BATON | | SHOTGUN ___ | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | 2 metal weapons sharpend to a point, 2 bindles of black tar heroin | Weapons placed in ISU Evidence Locker 06A/2005. Controlled substance locker #51 | ☐ YES | ☐ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN  ☐ OTHER: ___ | ☒ NO |

**NARRATIVE:**

On June 14, 2005, at approximately 0513 hours, while performing my duties as Security Squad Officer # 8, I was assisting the Investigative Services Unit Officers E. Parsons, M. Valdez and R. Salao with a cell search on Facility 'C' building #6. As we approached C6 building cell 103 the control booth officer was instructed to open the cell door. Cell 103 was occupied by Inmates Knight, C-07508, C6-103L and Harvey, H-28106, C6-103U. The door opened and Knight who was lying on the bottom bed was instructed by Valdez to prone out on his stomach. Knight then stated that he is an ADA inmate and could not prone out. Knight was then instructed to walk back to the cell door slowly and he complied and was escorted by Salao to the table in the A-Pod dayroom. Harvey who was lying on the top bunk was instructed to prone out on his stomach and he complied. Harvey then crawled backwards and was placed in restraints. Harvey was escorted by Valdez to the top tier shower without incident.

I along with Officer Parsons began searching cell 103 for any possible contraband. I searched the top bed, and lifted the mattress and found one (1) inmate manufactured weapon on the bed. The weapon was in the middle of the bed which was approximately 5 inches inches in length and 1/2 in width sharpened to a point. Attached to the weapon was a white cloth sleeve and a blue cloth string laced on top to tie a noose to cover the metal. The weapon also had a blue cloth string tied on top wrapped by a rubber band to form a makeshift handle. I continued searching the cell for contraband, as I began searching

✗
SALAO

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | | | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED ☐ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE |
|---|---|---|---|---|

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

| | | |
|---|---|---|
| PAGE _2_ OF _3_ | INCIDENT LOG NUMBER | SVP-CEN-05-06-0365 |

| NAME: LAST | FIRST | MI |
|---|---|---|
| Diaz | A. | |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT        [ ] CLARIFICATION OF REPORT        [ ] ADDITIONAL INFORMATION

NARRATIVE:

the lower bed I found a blue bini hat in the middle of the bed.   The hat had a clear plastic tube with a brown leafy substance (tobacco) wrapped multiple times secreted in it.  I also found in the hat a partial piece of a rubber glove that contained two small wrapped plastic bindles of what appeared to be black tar heroin.  I continued my search in the lower bed a found one (1) inmate manufactured deadly weapon on the lower right corner of the bed.  The weapon was made of metal which was bent in half and measured approximately 3" 1/4 inches in length and 3/4 inch in width sharpened to a point at the folded end. Attached to the weapon was a white paper sleeve taped with masking tape to cover the metal.  The weapon also had a white shoe lace wrapped on top, tied to a knot to form a makeshift handle.  No further contraband was discovered in the cell.

I secured the evidence and proceeded to conduct a Department of Justice presumptive drug screening test on the suspected bindles of black tar heroin.  The first bindle weighed approximately 0.17 grams and tested positive for heroin.  The second bindle weighed approximately 0.14 grams and tested positive for heroin.

The following pictures of the weapons and controlled substance found were taken in the following sequence.

1.    Overall of cell C6-103

2.    Overall view of inside cell C6-103

3.    Overall view of inside cell C6-103

4.    Close up of weapon found in the middle of the top bed with white cloth sleeve on approximately 5 inches inches in length and 1/2 in width sharpened to a point..

5.    Close up of weapon found in the middle of the top bed without white cloth sleeve approximately 5 inches inches in length and 1/2 in width sharpened to a point..

6.    Close up of blue bini hat that contained a clear plastic tube with a brown leafy substance (tobacco) wrapped multiple times. Also a partial piece of a rubber glove that contained inside two small wrapped plastic bindles of what appeared to be black tar heroin.

7.  Close up of blue bini hat that contained a clear plastic tube with a brown leafy substance (tobacco) unwrapped.  Also a partial piece of a rubber glove opened that contained two small wrapped plastic bindles of what appeared to be black tar heroin.

8.  Close up of one (1) inmate manufactured deadly weapon on the lower right corner of the bed.  The weapon was made of metal which was bent in half and measured approximately 3 1/4 inches in length and 3/4 inch in width sharpened to a point at the folded end.  Attached to the weapon was a white paper sleeve taped with masking tape to cover the metal.

9.  Close up of one (1) inmate manufactured deadly weapon on the lower right corner of the bed.  The weapon was made of metal which was bent in half and measured approximately 3 1/4 inches in length and 3/4 inch in width sharpened to a point at the folded end.  Removed was the paper sleeve and weapon is facing a side view

[X] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | | | 06/14/05 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED [ ] YES [ ] NO | CLARIFICATION NEEDED [ ] YES [ ] NO | DATE |

Distribution:   Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

| INCIDENT LOG NUMBER |
|---|
| SVP-CEN-05-06-0365 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| VALDEZ | M. | | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 253100 | Security Squad Officer #1 | 9 YR. 2 MO. | 06/14/05 | Facility C Buildings 6 & 8 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/S/H | 0800-1630 | Resisting Staff W/Force-Poss. of Weapon-Poss. of Narcotics for Sale | 3005 (c), 3006 (a) & 3016 (c) | |

**YOUR ROLE**
- ☒ PRIMARY
- ☐ RESPONDER
- ☐ WITNESS
- ☐ VICTIM
- ☐ CAMERA

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**
C/O R. Salao (s)
C/O E. Perez (s)
C/O A. Diaz (s)

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)**
Reese J-02950 (s)
Hunter J-06098 (s)

**FORCE USED BY YOU**
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ NONE

**FORCE OBSERVED BY YOU**
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ NONE

**WEAPONS USED BY YOU**
- ☐ MINI-14
- ☐ 9 MM
- ☐ 38 CAL
- ☐ SHOTGUN
- ☐ 37 MM      ☐ L8
- ☐ 40 MM      ☐ 40 MULTI
- ☐ HFWRS     ☐ BATON

**CHEM. TYPE:**
- ☐ OC
- ☐ CN
- ☐ CS
- ☐ OTHER: ___
- ☒ N/A

**SHOTS FIRED BY YOU**

| TYPE: | NO: | | NO: |
|---|---|---|---|
| 37 MM | | 9 MM | |
| L8 | | 38 CAL | |
| 40 MM | | MINI-14 | |
| 40 MULTI | | ☒ N/A | |
| SHOTGUN | | | |

**EVIDENCE COLLECTED BY YOU**
- ☒ YES
- ☐ NO   ☐ N/A

| EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|
| (1) Wooden Pipe | Placed in ISU Evidence Locker 06A (2005) ☐ N/A | ☐ YES  ☒ NO | ☐ YES  ☒ NO |

**REPORTING STAFF INJURED**
- ☐ YES
- ☒ NO   ☒ N/A

| DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|
| | ☒ N/A | ☐ BODILY  ☒ N/A  ☐ UNKNOWN  ☐ OTHER: ___ | ☐ YES  ☒ NO |

**NARRATIVE:**

On June 14, 2005, at approximately 0513, hours while conducting my duties as Security Squad Officer #1, I assisted the Security Squad in conducting multiple cell searches on Facility C, in Buildings C-6 and C-8. Upon arriving on Facility C, Security Squad Officers R. Salao, A. Diaz and myself proceeded to cell C6-103, occupied by Inmates Knight C-07508, C6-103L and Harvey H-28106, C6-103U. As we approached the cell the control booth officer was instructed to open the cell door. Once we were in front of the cell door I ordered both inmates to remain on their bunks, both inmates complied. I then ordered the inmate on the top bunk, identified as Harvey to step down off the top bunk and back up to the open cell door. Harvey complied and I placed him in handcuffs. I escorted Harvey up to the top tier shower in A-Section where I conducted an unclothed body search on him. As I conducted the unclothed body search other members of the team proceeded to cell C6-113, where it became necessary for force to be used (O.C. Pepper Spray).

Once the team had secured the inmates in cell C6-113, I proceeded to Building C-8 Cell 211. As I approached Cell 211, the control booth officer was instructed to open the cell door. Once the cell door was opened I ordered the inmate on the lower bunk identified as Hunter, J-06098, C8-211U, to back up to the cell door where I placed him in handcuffs. After Hunter was placed in handcuffs Officer E. Perez escorted him to the top tier shower in B-Section. I then ordered the inmate on the top bunk identified as Reese, J-02950, to back up to the cell door. Reese complied at which time I placed him in handcuffs and escorted him to top tier B-Section shower.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # | ID # | DATE 6/14/05 |
|---|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 6/14/05 | APPROVED ☐ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE 6/14/05 |
|---|---|---|---|---|

Distribution:   Original: Incident Package      Copy: Reporting Employee      Copy: Reviewing Supervisor



STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-CEN-05-06-0365

| NAME: LAST | FIRST | MI |
|---|---|---|
| VALDEZ | M. | |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT      [ ] CLARIFICATION OF REPORT      [ ] ADDITIONAL INFORMATION

**NARRATIVE:**

Once both Hunter and Reese were in the shower Officer Perez conducted an unclothed body search on both inmates. During the unclothed body search I noticed a dark unknown object in Reese's mouth. I then ordered Reese to remove the item from his mouth, he complied and placed it on the shower door bars. I took possession of the object which was a dark brown in color and wrapped in clear plastic. When I removed the plastic wrapping, I discovered it was a wooden pipe commonly used to smoke marijuana. After the unclothed body searches were complete Officer Perez and myself conducted a search of Cell 211, with negative results for any additional contraband. Officer Perez and I then escorted both Hunter and Reese to the Facility C program area where I placed Reese in Temporary Holding Cell # 2, without further incident. Upon returning to the Investigative Service Unit (ISU), I placed the wooden pipe into ISU Evidence Locker 06A (2005). This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | | | 6/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 6/14/05 | [ ] YES [ ] NO | [ ] YES [X] NO | 6/14/05 |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF _____

INCIDENT LOG NUMBER
SVP-Cen-05-06-0365

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Parsons | E. | R. | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 253103 | S & I #10 | 7 YR. 3 MO. | 06/14/05 | Facility C Building 6&8 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S,S,H | 0730 - 1600 | Resisting Staff W/Force-Poss of a Weapon-Poss of Narcotics for sale | 3005b/3006a/3016c | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☒ PRIMARY | A. Diaz | Woods, D-30428 | Brown, J-75188 |
| ☐ RESPONDER | | Frye, T-05458 | Reese, J-02950 |
| ☐ WITNESS | | Knight, C-67508 | Hunter, J-06098 |
| ☐ VICTIM | | Harvey, H-28106 | |
| ☐ CAMERA | | Williams, D-05864 | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|
| | | | | TYPE: | NO: | NO: |
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | 37 MM | | | 9 MM |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC _____ | | | | |
| ☒ NONE | ☐ 38 CAL | ☐ CN _____ | L8 | | | 38 CAL |
| | ☐ SHOTGUN | ☐ CS _____ | 40 MM | | | MINI-14 |
| FORCE OBSERVED BY YOU | ☐ 37 MM  ☐ L8 | ☐ OTHER: _____ | 40 MULTI | | | |
| ☐ WEAPON | ☐ 40 MM  ☐ 40 MULTI | ☒ N/A | | | | ☒ N/A |
| ☐ PHYSICAL | ☐ HFWRS  ☐ BATON | | SHOTGUN | | | |
| ☒ NONE | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | | ☒ NO |
| | | | ☐ OTHER: _____ | | |

**NARRATIVE:**

On June 14, 2005, at about 05:13 hours while working as Squad Officer #10, I assisted with multiple cell searches, and escorting of inmates on Facility C, Yard 2, Buildings C6 and C8. At Building C6 cell 102 occupied by Inmates Woods, D-30424 and Frye, T-05458 I escorted Inmate Woods to lower A section shower and secured him in the shower. I conducted and unclothed body search of Woods and Frye with negative results. I then proceeded to Building C8, cell 211, occupied by Inmates Reese, J-02950 and Hunter, J06098. I handcuffed each inmate and escorted them to upper C section shower, and conducted an unclothed body search searched of both inmates with negative results. I then assisted Officer A. Diaz in searching cell C6, 103 occupied by Inmates Knight, C-67508 and Harvey, H-28106. I entered cell 103 to search the cell, half way through the search, cell 103 was secured, and I proceeded to escorted Inmate Frye from the lower A section shower to the Health annex for medical evaluation. I returned to building C6 and escorted Inmate Knight to Facility C Medical Office for medical evaluation. Upon returning to Building C6 I then escorted Inmate Williams to the health Annex for medical evaluation. I then returned to Building C6 and finished the search of cell 103 with Officer Diaz. During the search Officer Diaz found two Inmate manufactured weapons and suspected Heroin.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | | | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 6/14/05 | ☐YES ☐NO | ☐ YES ☐NO | 6/14/05 |



STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

| INCIDENT LOG NUMBER |
|---|
| SVP-CEN-05-06-0365 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Perez | E. | | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 253106 | Squad # 7 | 5 YR. 6 MO. | 06/14/05 | Facility C, Building # 6, Cell 113 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/S/H | 0730-1630 | Resisting Staff W/Force-Poss. Of Weapon-Poss. Of Narcs For Sale | 3005 (b),3006 (a) and 3016 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☒ PRIMARY | (S) Sgt. S. Hatton | (S) Williams D05864 | C6-113 |
| ☐ RESPONDER | (S) C/O B. Gibbs | (S) Brown    J75188 | C6-113 |
| ☐ WITNESS | (S) C/O D. Fragoso | | |
| ☐ VICTIM | | | |
| ☐ CAMERA | | | |

| FORCE USED BY YOU | | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|---|
| ☒ WEAPON | ☐ MINI-14 | | | | TYPE: | NO: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | CHEM. TYPE: | | 37 MM ___ | 9 MM ___ |
| ☐ NONE | ☐ 38 CAL | ☒ OC   5.5 Fogger | | L8 ___ | 38 CAL ___ |
| | ☐ SHOTGUN | ☐ CN ___ | | 40 MM ___ | MINI-14 ___ |
| FORCE OBSERVED BY YOU | | ☐ CS ___ | | | |
| ☒ WEAPON | ☐ 37 MM  ☐ L8 | ☐ OTHER: ___ | | 40 MULTI ___ | ☒ N/A |
| ☒ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | ☒ N/A | | | |
| ☐ NONE | ☐ HFWRS  ☐ BATON | | | SHOTGUN ___ | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | | BIO HAZARD | PPE |
|---|---|---|---|---|---|
| ☐ YES | | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY      ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: | |

**NARRATIVE:**

On Tuesday June 14, 2005, at approximately 0513 hours, the Investigative Services Unit reported to Facility C, to conduct several cell searches. Cell searches began in Facility C building # 6, cells 102 and 103. The inmates in cell 102 and 103 complied with staff orders to exit the cell, both inmates were placed in handcuffs and escorted to the top and lower showers. I then reported to cell 113 occupied by Inmate's Williams D05864 and Brown J75188. Upon my arrival to cell 113 the control booth officer was instructed to open the cell door by Sgt. Hatton. While the cell door was opening, Officer B. Gibbs ordered Williams and Brown to remain still. Williams was standing up facing the cell door and Brown was laying on the top Bunk. Gibbs then ordered Williams several times to face the back of the cell and walk backwards towards the cell door and submit to mechanical restraints (handcuffs), with negative results. Gibbs continued to give Williams orders to turn around and submit to handcuffs which Williams ignored. Williams then reached over to the lower bunk and it appeared Williams was trying to retrieve an object from the lower bunk. At that time I administered one burst of OC 5.5 Fogger to the facial area of Williams, while staff continued to give Williams orders to submit to handcuffs, Williams continued to ignore staffs orders. Williams then stood up and made a sudden movement towards the cell door, Williams continued to ignore staffs orders. Williams then stood up and made a sudden movement towards the cell door and stopped in front of the toilet. Williams flushed the toilet several times, At which time Sgt. Hatton was able to grab Williams by his shirt and pull him toward the cell door.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | ▮▮▮▮ | ▮▮▮▮ | 06/03/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 6/14/05 | ☒ YES  ☐ NO | ☐ YES  ☐ NO | 6/14/05 |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor



STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

| PAGE 2 OF 2 | INCIDENT LOG NUMBER SVP-CEN-05-06-0365 |

| NAME: LAST  PEREZ | FIRST  E. | MI |

TYPE OF INFORMATION:

☒ CONTINUATION OF REPORT  ☐ CLARIFICATION OF REPORT  ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Williams was then placed on ground by Investigative Services Unit (ISU) staff. Williams was then placed in handcuffs and escorted to the lower shower by ISU staff. Inmate Brown was then given orders by D. Fragoso to slowly climb down from the upper bunk and submit to handcuffs, at which time Brown complied. Brown was then escorted by ISU staff to the A-Section lower shower.

I then reported to Building 8, cell 211 occupied by Inmates Reese J02950 and Hunter J06098 to perform a cell search. Upon my arrival to cell 211 the Control Booth Officer was ordered to open the cell door. Officer M. Valdez then instructed Reese and Hunter to submit to handcuffs, at which time they complied. Officer Valdez and I escorted both inmates to the top tier shower. After placing the inmates in the shower, I began to conduct an unclothed body search on Inmate Hunter, which resulted in negative results. Officer M. Valdez then ordered Reese to open his mouth, at which time Reese complied. Reese opened his mouth and Valdez noticed he was trying to conceal an object. Valdez then ordered Reese to remove the object from his mouth, Reese complied by removing the object from his mouth and placing it on the shower door. Valdez took control of the item and I finished the unclothed body search. I then assisted Valdez with the search of cell 211 with negative results. Officer Valdez and I escorted Reese and Hunter to the Medical health Annex and were place in holding cell # 1 and 2. This concludes my report.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE  C/O | BADGE # | ID # | DATE  06/14/05 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED  6/14/05 | APPROVED  ☒ YES ☐ NO | CLARIFICATION NEEDED  ☐ YES ☐ NO | DATE  6/14/05 |

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

INCIDENT LOG NUMBER
SVP-CEN-05-06-0365

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Salao | R | Q | 06/14/05 | 05:13 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 253104 | S & I #5 | 7 YR. 3 MO. | 06/14/05 | Facility C Building 6 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| S,S,H | 0730 - 1600 | Resisting Staff w/Force, Possession of a Weapon, Dist of Narcotics | 3005(a), 3006(a), 3016(c)  ☐ N/A |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ PRIMARY | Sgt. S. Hatton | Knight (C-67508)(S)  |  Reese (J-02950)(S) |
| ☐ RESPONDER | | Harvey (H-28106)(S) | Hunter (I-06098)(S) |
| ☐ WITNESS | | Woods (D-30424)(S) | Williams (D-05864)(S) |
| ☐ VICTIM | | Frye (T-05458)(S) | Brown (J-75188)(S) |
| ☐ CAMERA | | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | TYPE: | NO: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC ___ | 37 MM ___ | | 9 MM ___ |
| ☒ NONE | ☐ 38 CAL | ☐ CN ___ | L8 ___ | | 38 CAL ___ |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN | ☐ CS ___ | 40 MM ___ | | MINI-14 ___ |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | ☐ OTHER: ___ | 40 MULTI ___ | | ☒ N/A |
| ☒ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI  ☒ N/A | | | | |
| ☐ NONE | ☐ HFWRS  ☐ BATON | | SHOTGUN ___ | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: ___ | |

**NARRATIVE:**

On Tuesday, June 14, 2005 at approximately 0513 hours while performing my duties as Investigative Services Unit (ISU) Officer #5, I assisted ISU in multiple cell searches on Facility C Building 6. ISU entered A-Pod and went to cells 102; occupied by Inmates Woods (D-30424) and Frye (T-05458) and 103; occupied by Inmates Knight (C-67508) and Harvey (H-28106). All four inmates complied to the orders that were given by staff and placed in restraints (hand cuffs). Inmates Woods and Frye were escorted to the lower A shower and secured. Inmate Harvey was escorted to the upper A shower and secured. I escorted Inmate Knight to the A-Pod day room table closest to cell 103 where he was seated, due to his mobility impairment, he was unable to walk up the stairs to the upper A shower. I then went to cell 113, occupied by Inmates Williams (D-05864) and Brown (J-75188) and assisted other ISU staff. Inmate Williams was given several orders by staff to "turn around, back up and cuff up" with negative results. Inmate Williams made a sudden movement towards the toilet and flushed an unknown object, ISU staff responded by utilizing their MK-9 and spraying Inmate Williams in the upper body and head area. Inmate Williams was given orders to "get down and cuff up", with negative results. Inmate Williams was removed from the cell and was placed in hand cuffs and escorted to the lower B pod showers by ISU staff. While I observed Inmate Brown in the upper bunk. Inmate Brown was given orders by staff to "get down and prone out on the floor". Once he was on the floor, He was placed in hand cuffs and escorted by ISU staff to lower B pod showers where he was secured with Inmate Williams.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | ▮▮▮ | ▮▮▮ | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| S. Hatton | 6/14/05 | ☒ YES  ☐ NO | ☐ YES  ☒ NO | 6/14/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

| PAGE 2 OF 2 | INCIDENT LOG NUMBER |
|---|---|
| | SVP-CEN-05-06-0365 |

| NAME: LAST | FIRST | MI |
|---|---|---|
| Salao | R. | Q |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT        [ ] CLARIFICATION OF REPORT        [ ] ADDITIONAL INFORMATION

**NARRATIVE:**

Once all inmates were secured, I went to Building 8 to assist ISU staff with searching cell 211, occupied by Inmates Reese (J-02950) and Hunter (J-06098). Both Inmates complied with the orders given by staff and were placed in hand cuffs and escorted to the upper B pod showers and secured. I was instructed by ISU Sergeant S. Hatton to escort inmates up to the Facility C Health Services Annex. I escorted Inmate Williams (D-05864) to the Health Services Annex and he was placed in a holding cell. I then went back to Building 6 and escorted Inmate Woods (D-30424) to the Health Services Annex and he was placed in a holding cell. I went back a third time to Building 6 and escorted Inmate Knight (C-67508) to the Medical Technical Assistant's (MTA) office and placed him in the MTA holding cell. Once I completed all escorts, I continued assisting searching cells 103 and 113 with negative results. This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | ▓▓▓ | ▓▓▓ | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 6/14/05 | [X] YES [ ] NO | [ ] YES [X] NO | 6/14/05 |

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

INCIDENT LOG NUMBER
SVP-CEN-05-06-0365

| NAME: LAST JACKSON | FIRST J. | MI V. | DATE OF INCIDENT 06/14/05 | TIME OF INCIDENT 05:13 |
|---|---|---|---|---|

| POST # 253105 | POSITION S&I # 6 | YEARS OF SERVICE 7 YR. 5 MO. | DATE OF REPORT 06/14/05 | LOCATION OF INCIDENT Facility C, Building # 6, Cell # 113 |
|---|---|---|---|---|

| RDO's S/S/H | DUTY HOURS 0730-1600 | DESCRIPTION OF CRIME / INCIDENT Resisting Staff s/force-Poss. of weapon- Poss. of narcs for sale | CCR SECTION / RULE ☐ N/A 3005 (b) / 3006 (a) / 3016 (c) |
|---|---|---|---|

**YOUR ROLE**

☒ PRIMARY
☐ RESPONDER
☐ WITNESS
☐ VICTIM
☐ CAMERA

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**

| Sgt. S. Hatton | (S) |
| C/O B. Gibbs | (S) |
| C/O R. Salao | (S) |

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)**

| Williams D05864 | (S) | Frye T05458 | (S) |
| Brown J75188 | (S) | | |
| Knight C07508 | (S) | | |
| Harvey H28106 | (S) | | |
| Woods D30424 | (S) | | |

**FORCE USED BY YOU**
☒ WEAPON
☒ PHYSICAL
☐ NONE

**FORCE OBSERVED BY YOU**
☐ WEAPON
☒ PHYSICAL
☐ NONE

**WEAPONS USED BY YOU**
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN
☐ 37 MM    ☐ L8
☐ 40 MM    ☐ 40 MULTI
☐ HFWRS   ☐ BATON

**CHEM. TYPE:**
☒ OC   MK-9
☐ CN _____
☐ CS _____
☐ OTHER: _____
☐ N/A

**SHOTS FIRED BY YOU**

| | TYPE: | NO: | | NO: |
|---|---|---|---|---|
| 37 MM | _____ | | 9 MM | _____ |
| L8 | _____ | | 38 CAL | _____ |
| 40 MM | _____ | | MINI-14 | _____ |
| 40 MULTI | _____ | | | ☒ N/A |
| SHOTGUN | _____ | | | |

**EVIDENCE COLLECTED BY YOU**
☐ YES
☒ NO

**EVIDENCE DESCRIPTION**
☒ N/A

**EVIDENCE DISPOSITION**
☒ N/A

**BIO HAZARD**
☐ YES
☒ NO

**PPE**
☐ YES
☒ NO

**REPORTING STAFF INJURED**
☐ YES
☒ NO

**DESCRIPTION OF INJURY**
☒ N/A

**LOCATION TREATED (HOSPITAL / CLINIC)**
☒ N/A

**FLUID EXPOSURE**
☐ BODILY    ☒ N/A
☐ UNKNOWN
☐ OTHER: _____

**SCIF 3301 / 3067 COMPLETED**
☐ YES
☒ NO

**NARRATIVE:**

On June 14, 2005, at approximately 0513 hours, while performing my duties as Security Squad Officer # 6, I reported to Facility C, Building # 6, to perform a series of cell searches. The cell searches began with cell 102 and 103. Cell 102 was occupied by Inmate Woods D30424/C6-102 and Inmate Frye T05458/C6-102. Cell 103 was occupied by Inmate Knight C07508/C6-103 and Inmate Harvey H28106/C6-103. Both cells were opened simultaneously and the inmates were ordered to submit to handcuffs at which time they complied. I handcuffed Inmate Harvey and he was removed from the cell and secured in the upper A-Pod shower. I placed the handcuffs on Inmate Knight in the front due to the fact he is DPM. Officer R. Salao and I escorted Knight to a table in A-Pod where we relinquished custody of him to Facility C staff. The cell searches continued to C6-113 which was occupied by Inmate Williams D05864/C6-113 and Inmate Brown J75188/C6-113. Upon arriving at the cell the Control Booth Officer was instructed to open the cell door. Once the door was opened I observed Inmate Williams standing between the bunks and toilet. Correctional Officer B. Gibbs ordered Williams to back up to the cell entrance and submit to handcuffs with negative results. Officer Gibbs continued to order Williams to back up to the cell entrance and submit to handcuffs with negative results. Williams suddenly made an abrupt movement towards the lower bunk at which time I utilized my MK-9 Oleoresin Capsicum (OC). Williams grabbed an unknown object from the lower bunk and began running towards the cell entrance. Once Williams reached the cell entrance he tossed the unknown object in the toilet and began flushing repeatedly. Officer B. Gibbs ordered Williams to get on the ground and prone out with negative results.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # | ID # | DATE 06/14/05 |
|---|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 6/14/05 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE 6/14/05 |
|---|---|---|---|---|

Distribution:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor



STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-CEN-05-06-0365

| NAME: LAST | FIRST | | MI |
|---|---|---|---|
| JACKSON | J. | | V. |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT   [ ] CLARIFICATION OF REPORT   [ ] ADDITIONAL INFORMATION

**NARRATIVE:**

Sergeant S. Hatton was able to grab Williams by his shirt and pull him out of the cell. Once Williams was out of the cell I grabbed both of Williams's shoulders with my hands and forced him to the ground. While on the ground I maintained control of William's left arm until handcuffs were applied. Williams was escorted to the lower B-Pod shower without further incident. This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | ▇▇▇▇ | ▇▇▇▇ | 06/14/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 6/14/05 | [X] YES [ ] NO | [ ] YES [ ] NO | 6/14/05 |

Distribution:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor