# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *DiRECTOR's Level APPEAL DECiSiON*
*(EXHAUSTED )*

Number of pages to this Exhibit:___*1*___pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☑ Superior Court

☐ Appellate Court

☐ State Supreme Court

☐ United States district court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

/7

STATE OF CALIFORNIA

**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS

PAGE____OF____

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| C-07508 | KNIGHT | S06-03-0032R | SVSP | 03/28/06 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING | ☒ IE REPORT | ☐ OTHER_____ |
|---|---|---|---|---|---|

**(Reporting Employee Continued)**

Q: Were you alone at any time during the search of cell 06-103?
A: No.

Q: Did you make the discovery of weapons and narcotics in the presence of Persons?
A: Yes.

Q: You responded to the incident in the dayroom when C/O Troncoso said I kicked something under the door of 06-103, is that correct?
A: What incident are you referring to?

Q: Were you instructed by your superiors to not report the incident in the dayroom?
A: No.

Q: Why didn't you include in any of your reports the dayroom incident?
A: What incident are you referring to?

Q: Did you have the alleged discovered weapons photographed in the exact place / spot where you claim you found them?
A: Yes.

No further questions were provided for Officer Diaz.

Correctional Officer Diaz further made the following statement: "I conducted a cell search of Knight and Harvey. While in the cell I found on the top bunk under the mattress, an Inmate Manufactured Weapon sharpened to a point. On the bottom bunk on the right end top corner, I found a weapon folded in half with a sharp point. The weapon was covered with a paper sleeve. Also, found on the bottom bunk inside a beanie cap, was two plastic bundles of black heroin tar and tobacco. I processed all evidence into evidence and the heroin was submitted to the D.O.J."

**STAFF WITNESSES' STATEMENT:**

I interviewed Correctional Lieutenant R.L. Martinez and asked the following questions provided by Inmate KNIGHT:
Q: Since you were not present at the onset of the extraction / searches, how did you confirm the events described in the CDC 837-A1, dated 6/14/05?
A: Accumulated reports.

Q: What did I.G.I. have to do with the extraction / search of cell 06-103?
A: I.S.U. and I.G.I. are part of the same unit.

No further questions were asked of Lieutenant Martinez.

(Continued On Part C)

C. Reyes, Correctional Officer

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| | | | |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

16

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| C-07509 | KNIGHT | CCR 3005(a)/3016(c) | 03/03/06 | CVSP | S06-03-0032R |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT    ☒ YES    ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution.
INMATE'S SIGNATURE ▶                                DATE

☒ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution.
INMATE'S SIGNATURE ▶ *C. Knight*                  DATE 3/22/06

DATE NOTICE OF OUTCOME RECEIVED  8/12/05    DISPOSITION  *Declined by ISU*

☐ **I REVOKE** my request for postponement.
INMATE'S SIGNATURE ▶                                DATE

## STAFF ASSISTANT

STAFF ASSISTANT
☒ REQUESTED    ☐ WAIVED BY INMATE
INMATE'S SIGNATURE ▶ *C. Knight*                  DATE 3/22/06

☐ ASSIGNED    DATE          NAME OF STAFF

☒ NOT ASSIGNED    REASON  *DNMC per CCR 3315(d)(2)*

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE
☒ REQUESTED    ☐ WAIVED BY INMATE
INMATE'S SIGNATURE ▶ *C. Knight*                  DATE 3/22/06

☒ ASSIGNED    DATE 03/28/06    NAME OF STAFF  C. Reyes, Correctional Officer

☐ NOT ASSIGNED    REASON

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER _____    ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 03/28/06, I was assigned as Investigative Employee for CDC-115 Log #S06-03-0032R. I informed Inmate KNIGHT of my assignment and that as Investigative Employee my duties were as a fact finder for the Senior Hearing Officer. Inmate KNIGHT stated that he had no objection to my serving in this capacity.

**DEFENDANT'S STATEMENT:** On 03/28/06, I interviewed Inmate KNIGHT and he chose not to make a statement. However, Inmate KNIGHT submitted written questions to be asked of Reporting Employee Correctional Officer A. Diaz, staff and inmate witnesses.

**REPORTING EMPLOYEE'S STATEMENT:** On 03/29/06, I interviewed Correctional Officer A. Diaz and asked the following questions provided by Inmate KNIGHT:
Q:  You reported that you and Parsons searched cell 06-103, is that true?
A:  Yes.

Q:  Did any other officers enter 06-103 while you were searching that cell?
A:  No.

Q:  Was Parsons with you from the beginning of the search of cell 06-103 to the end of the search?
A:  Yes.

(Continued On Part C)

INVESTIGATOR'S SIGNATURE ▶ C. Reyes, C/O          DATE 4/17/06

BY: (STAFF'S SIGNATURE)          TIME          DATE

☐ COPY OF CDC 115-A GIVEN INMATE

*18*

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS
PAGE _3_ OF _7_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| C-07508 | KNIGHT | S06-03-0032 | SVSP | 03/28/06 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☒ IE REPORT   ☐ OTHER_____

**(Staff Witnesses' Statement Continued)**

I interviewed Correctional Lieutenant G.D. Jordan and asked the following questions provided by Inmate KNIGHT:

Q: If information was received which you alleged prompted the searches, why didn't you produce the relied upon information in the incident reports?
A: Information was anonymous, the incident commander was Lieutenant Martinez.

Q: Why didn't you provide the date, time and place of the received information in your report?
A: Based on information being anonymous date and time are not relevant.

Q: Since you were officially functioning as I.S.U., what were your hours of duty and R.D.O.'s on 06/14/05?
A: Irrelevant.

Q: Being that you signatured as Reporting Staff, why didn't you disclose in the CDC 837-A1 the reason(s) for the searches?
A: I was not the incident commander Lieutenant Martinez was.

No further questions were asked of Lieutenant Jordan.


I interviewed Correctional Sergeant S. Hatton and asked the following questions provided by Inmate KNIGHT:

Q: Why didn't you report your ordering the inmate in cell C5-105 to prone out, crawl out of the cell, restrain them, search the cell after ordering C/O Milare to open the cell C5-105?
A: Not Ad/Seg, we can open cell doors.

Q: Why didn't you report that C/O Troncoso's assertion that I kicked something under the door of C5-105?
A: I don't know who C/O Troncoso is.

Q: Why didn't you have C/O Milare or C/O Troncoso write reports of the incident in the dayroom during the searches after I was placed at the dayroom table?
A: Not applicable.

No further questions were asked of Sergeant Hatton.

**Investigative Employee Statement:**
Inmate KNIGHT requested all photos of weapons and narcotics and reports. All reports have been issued in the incident package. The incident package describes what transpired on that day. As far as photos of weapons and narcotics that will be issued upon completion of I.E. report. Inmate KNIGHT also requested that inmates housed in C5-105 be interviewed. On 04/05/06, I attempted to interview said inmates, upon arrival to C5-105, I discovered that the inmates were no longer in C5-105. I was told that they had transferred. Furthermore, Inmate KNIGHT did not provide the names or CDC numbers of said inmates.

Reporting Employee requested at the hearing:    No
Investigative Employee requested at the hearing:   No
Staff / Inmate witnesses requested at the hearing:   No
Additional information in Confidential Reports:   No

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| (signature) Correctional Officer | (date) |

| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _____ C-07503 _____     INMATE NAME: _____ KNIGHT _____

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ 06/14/05 _____

_____ A. Diaz, Correctional Officer _____ submitted by
                    STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution. This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☐ More than one source independently provided the same information.

d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (EXPLAIN) _ANONYMOUS NOTE_

_____

3) Disclosure of information received.

The information received indicated the following: ANONYMOUS NOTE RECEIVED THROUGH
INSTITUTIONAL MAIL ON 06/13/05, STATING THAT A SEARCH OF SEVERAL CELLS ON
FACILITY 'C' WOULD PRODUCE WEAPONS AND DRUGS.

INMATE COPY

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _ANONYMOUS NOTE_

_____          5/18/06
STAFF SIGNATURE, TITLE                  DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

20

Administrative Bulletin

AB 92/15

AB 92/15 Use of Confidential Information In Disciplinary Hearings. "The purpose of this Administrative Bulletin is to clarify the use of confidential material in disciplinary hearings pursuant to the California Code of Regulations, Title 15, Division 3, Section 3321(b)(1) which reads:

No decision shall be based on information from confidential source unless other documentation corroborates information from the source, or unless the circumstances surrounding the event and the documented reliability of the source satisfies the decision makers that the information is true.

Decisions in disciplinary hearing based upon confidential information shall be supported in a confidential memorandum, incident report or finding portion of the CDC Form 115 with investigative information and appropriate documentation....These documents shall contain: (emphasis added).

*   A statement in support of CCR Section 3321(C)(1) detailing the past information provided and why the confidential informant is considered reliable for the current incident.

*   Whether the current information is first-hand or hearsay.

*   Whether documentation or other circumstances surrounding the event would lead the decision maker to believe the information is true.

*   In the case of multiple confidential sources, the degree of reliability of each source shall include how each statement compares with the other statements and the circumstances or evidence on which the conclusion of reliability was based. The description of the circumstances shall state how it was possible that the events occurred as described by the confidential sources, and include any facts or evidence (who, what, when and how) which confirms the truthfulness of "Some aspects of the source's information. Superintendent v. Hill (1985) 472 U.S. 445)." emphasis added)

21



22









'/m Copy

NAME and NUMBER   KNIGHT, C-07508

CDC - 128B (Rev. 4/74)

Case # SVP-CEN-05-06-0365, dated 6/14/2005, 115 Log # _____ was referred to the Investigative Services Unit (ISU) for referral to the District Attorney's Office. Upon review of this case, prosecution referral has been declined and disciplinary action deemed best handled on an Administrative level.

☐ Accepted by the D.A.
☐ Rejected by the D.A.
☒ Declined by I.S.U.

cc:   C-File
      Inmate
      115 Desk
      ISU case file
      Facility CCII

Date: 8/16/2005

/ISU STAFF
Salinas Valley State Prison

(DISTRICT ATTORNEY REFERRAL)

GENERAL CHRONO

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

Salinas Valley State Prison          Facility 'C'

INMATE'S NAME
Knight

CDC NUMBER
#-29106  CO7508

## REASON(S) FOR PLACEMENT *(PART A)*

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY          [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:          You, Inmate Knight, #-29106, are being placed in Administrative Segregation for possession of a weapon and narcotics . On 06-14-05, I.S.U. conducted a cell search in C5-103 and discovered a deadly weapon and narcotics. As a result, you are deemed a threat to the safety and security of this institution, its' staff and inmates. You will be placed in Ad-Seg pending review for appropriate housing needs. As a result of this placement, your credit earning, custody, and visiting status are subject to change. Inmate Knight is a participant in the Mental Health Services Delivery System at the CCCMS level of care. Placement ordered by Lieutenant G. Jordan.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)          [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 6/14/05 | G. Jordan | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 6/14/05 | 1022 | M. Santillan | | C/O |

[ ] INMATE REFUSED TO SIGN

INMATE SIGNATURE
C. Knight

CDC NUMBER
C07508

## ADMINISTRATIVE REVIEW *(PART B)*

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)                                             INVESTIGATIVE EMPLOYEE (IE)

| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|

**IS THIS INMATE:**

| | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|
| LITERATE? | | | | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] | |
| FLUENT IN ENGLISH? | | [X] | | DECLINED ANY INVESTIGATIVE EMPLOYEE | | |
| ABLE TO COMPREHEND ISSUES? | | [X] | | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] | |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | | [ ] YES | | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | | [ ] YES | | | | |

Any "NO" requires SA assignment

[X] NOT ASSIGNED                                    [X] NOT ASSIGNED          Any "NO" may require IE assignment

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER          [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE

INMATE SIGNATURE
X  REFUSING

DATE
6/15/05

### WITNESSES REQUESTED FOR HEARING

| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |
| N/A | | | |

## DECISION:   [ ] RELEASE TO UNIT/FACILITY _____   [X] RETAIN PENDING ICC REVIEW   [X] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:
THREAT TO SELF OR OTHERS

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| Tanner | Capt | 6/15/05 | 1457 | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|---|

See Chronological Classification Review document (CDC 128-G) for specific hearing information

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDC 837-A (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE 1 OF __4__

| INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|
| SVSP-CEN-05-06-0365 | 06/14/05 | 05:13 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION |
|---|---|---|---|---|
| SVSP | C | ☐ I  ☐ II  ☐ III  ☒ IV | H.U.6&* | C6-102,103, 113  C8-211 |

| | |
|---|---|
| ☐ ASU  ☐ SHU  ☐ PSU  ☐ PHU | |
| ☐ SNY  ☒ GP  ☐ CTC  ☐ RC | |
| SEG. YARD: ☐ CC  ☐ WA  ☐ RM | USE OF FORCE  ☒ YES  ☐ NO |

**SPECIFIC CRIME / INCIDENT**
Poss. of Wepon/Dist. Cont. Sub. within an Inst./Resisting Staff W/Force

☒ CCR  ☐ PC  ☐ N/A
NUMBER/SUBSECTION: 3005 (b),3006 (a), 3016 (c)

| D. A. REFERRAL ELIGIBLE | SERT ACTIVATED | NMT ACTIVATED | MUTUAL AID REQUEST | PIO/AA NOTIFIED |
|---|---|---|---|---|
| ☒ YES  ☐ NO | ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☒ YES  ☐ NO |

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL  ☐ SUICIDE | ☐ ON INMATE | ☐ BEATING | ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION  ☐ NATURAL | ☐ ON STAFF | ☐ GASSING | ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING | ☐ STRANGLING |
| ☐ OTHER: | ☐ OVERDOSE | ☐ OTHER: | ☐ SEXUAL | ☐ OTHER: |
| | ☐ UNKNOWN | | ☐ SHOOTING | |
| ☒ N/A | ☒ N/A | ☒ N/A | ☐ SLASHING | ☒ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | SHOTS FIRED / TYPE WEAPON / FORCE | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE | **TYPE:** | **WEAPON:** | **WARNING #** | **EFFECT #** | **TYPE:** | **NO:** |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14 | | | BATON ROUND: | |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL. | | | WOOD | |
| ☐ OTHER: | ☐ FIREARM | ☒ INMATE MANUFACTURED WEAPON | ☐ 9MM | | | RUBBER | |
| | ☐ HANDS / FEET | | ☐ SHOTGUN | | | FOAM | |
| ☒ N/A | ☐ KNIFE | | **LAUNCHER:** | | | STINGER: | |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM | | | .32 (A) | |
| | ☐ PROJECTILE | | ☐ L8 | | | .60 (B) | |
| **ESCAPES** | ☐ SPEAR | | ☐ 40MM | | | EXACTIMPACT | |
| | ☐ SLASHING INSTRUMENT | | ☐ 40MM MULTI | | | CTS 4557 | |
| ☐ W / FORCE | ☐ STABBING INSTRUMENT | | ☐ HFWRS | | | XM 1006 | |
| ☐ W/O FORCE | ☐ OTHER: _____ | | **FORCE:** | | | CHEMICAL: | |
| ☐ ATTEMPTED | ☐ BODILY FLUID  ☐ OTHER FLUID: _____ | | ☐ SIDE-HANDLE BATON | | | ☒ OC | |
| | ☐ UNKNOWN LIQUID | | ☐ PHYSICAL FORCE | | | ☐ CN | MK 9 |
| ☒ N/A | ☐ N/A | | ☐ X10 | | | ☐ CS | |
| | | | ☐ OTHER: _____ | | | | ☐ N/A |

| CONTROLLED SUBSTANCE / WEIGHT | | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | | |
|---|---|---|---|---|---|
| ☐ POSITIVE UA | ☐ CONTROLLED MEDS | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION | | ☐ WEATHER |
| ☐ WITH PACKAGING | ☐ WITHOUT PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD | | ☐ SEARCH WARRANT |
| | **PRELIMINARY**   **LAB** | ☐ STATE OF EMERGENCY | ☐ EXPLOSION | | ☐ ARREST |
| ☐ AMPHETAMINE | | | ☐ FIRE | | ☐ OTHER: |
| ☐ BARBITURATES | | IF YES, LIST AFFECTED PROGRAMS: | ☐ GANG/DISRUPTIVE GROUP | | |
| ☐ COCAINE | | | ☐ HOSTAGE | | |
| ☐ CODEINE | | | ☐ INMATE STRIKE | | EXTRACTION: |
| ☒ HEROIN | .37 grams | | ☐ MAJOR DISTURBANCE | | ☐ CONTROLLED |
| ☐ MARIJUANA/THC | | | ☐ MAJOR POWER OUTAGE | | ☐ IMMEDIATE |
| ☐ METHAMPHETAMINE | | | ☐ NATURAL DISASTER | | |
| ☐ MORPHINE | | | ☐ PUBLIC DEMONSTRATION | | |
| ☐ OTHER: | | | ☐ SPECIAL INTEREST I/M | | ☒ N/A |
| ☐ N/A | | ☒ N/A | | | |

**BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):**
On June 14, 2005 at approximately 0513 hours the Investigative Service Unit (ISU) conducted a series of cell searches on Facility C. Housing Unit (H. U.) 6, cell's 102, 103, 113 and H. U. 8, cell 211. During the search multiple Inmate Manufactured Weapons were discovered and .37 grams of suspected narcotics (Heroin) .

**COMPLETE SYNOPSIS / SUMMARY ON PART A1**

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| R. L. Martinez | Lieutenant | ███ | ███ |

| SIGNATURE OF REPORTING STAFF | | |
|---|---|---|
| *[signature]* Lt (4) | PHONE EXT. (INCIDENT SITE) ███ | DATE 06/14/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| D. Travers *[signature]* | Correctional Administrator | 6/15/05 |

CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| INSTITUTION SVSP | FACILITY C | PAGE 2 OF 4 | INCIDENT LOG NUMBER SVSP-CEN-05-06-0365 |
|---|---|---|---|
| TYPE OF INFORMATION: | | DATE OF INCIDENT 06/14/05 | TIME OF INCIDENT 05:13 |

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT   [ ] SUPPLEMENTAL INFORMATION   [ ] AMENDED INFORMATION   [ ] CLOSURE REPORT

NARRATIVE:

On June 14, 2005 at approximately 0513 hour IGI Lieutenant R. L. Martinez, Sergeant S. Hatton, D. Fragoso S & I #3, R. Salao S & I # 5, M. Valdez S & I # 1, A. Diaz S & I #8 , E. Parson S & I # 10, E. Perez S & I # 7, J. Jackson S & I # 6, B. Gibbs S & I # 4 and B. De La Santos S & I # 11 conducted cell searches on Facility C, H. U. 6 cells 102, 103, 113 and H. U. 8; cell 211 simultaneously.

As the ISU Team approached cell 102 occupied by Inmates Woods, D-30424, C6-102L and Frye, T-05458, C6-102U and cell 103 occupied by Inmates Knight, C-67508, C6-103L and Harvey, H-28106, C6-103U, H. U. 6 Control Booth Officer L. Millare was instructed to simultaneously open both cells. All inmates complied to staff orders and were removed from their cell without incident and placed into B-Section Showers. The ISU Team proceeded to cell 113.

Upon arrival to cell 113 occupied by Inmates Williams, D-05864, C6-113L and Brown, J-75188, C6-113U, Officer Gibbs requested Millare to open the cell. Gibbs observed Inmate Williams standing in the center of the cell and Inmate Brown laying on the upper bunk. Gibbs gave Williams several orders to prone out with negative results. Officer Fragoso gave several orders to Inmate Brown to remain on the upper bunk, with negative results. Fragoso observed Brown turn to the left in a quick motion and reach for an unknown object. Simultaneously Williams was observed by Gibbs, Perez and Jackson reaching for an unknown object from the lower bunk and running to the toilet; tossing the unknown object in the toilet and flushing it . Officer's Fragoso, Gibbs, Jackson and Perez concurrently utilized their O. C. Pepper Spray in attempt to preserve evidence and to gain compliance. Inmate Williams and Brown were Peppered Sprayed in their upper torso and facial area, with negative results. Sergeant Hatton reached into the cell and grabbed Williams by the left shoulder and pulled him out of the cell. Officer Jackson grabbed Williams by both shoulder and forced him to the ground. At this time Gibbs placed Williams in handcuffs and escorted him to the lower B-Section shower for decontamination. Inmate Brown was ordered by Fragoso to submit to being placed in handcuff, which Brown complied. Fragoso escorted Brown to the upper tier B-Section shower for decontamination. The ISU Team proceeded to H. U. 8, cell 211.

As the ISU Team approached cell 211 occupied by Inmates Reese, J-02950, C8-211L and Hunter, J-06098, C8-211L, , H. U. 8 Control Booth Officer was instructed to open the cell. Both inmates complied to staff orders and were removed from their cell without incident and placed into B-Section Showers. While inmate Reese was being searched Officer Valdez observed Reese with an object in his mouth. Valdez ordered Reese to remove the object, which he complied. The object was discovered to be an wooden pipe utilized to smoke Marijuana. All inmates were escorted to the Facility C Medical Annex and had an medical evaluation (7219). The cell was subsequently searched by Officer Valdez and Perez, with negative results.

A subsequent cell search was conducted in cell H. U. 6, cell 102 by Officer's B. Gibbs and De La Santos. Officer Gibbs discovered a black tar substance secreted in a plastic baggy located on the top of the lower right side shelf. Furthermore Gibbs discovered Inmate Manufactured Alcohol in a five gallon bucket under the desk in the cell. Gibbs photographed and processed the evidence. Gibbs performed The Department of Justice Presumptive Drug Test on the black tar substance, which proved positive for Heroin and weighed .06 grams.

An Additional cell search was conducted in cell H. U. 6, cell 103 by Officer's A. Diaz and T. Parsons. Officer Diaz discovered a Inmate Manufactured weapon on the upper bunk under the mattress. The weapon was constructed metal and measured approximately five inches in length and half inch in width and sharpened to a point. Furthermore Diaz discovered an additional Inmate Manufactured Weapon on the right corner lower bunk . The weapon was constructed of folded metal and measured three and a quarter inches in length and three quarter inches in width and sharpened to a point. Furthermore Diaz discovered suspected Heroin wrapped in two separate bindles secreted in a rubber glove that was in a hat on the lower bunk.

[X] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) R. L. Martinez | TITLE Lieutenant | ID # ▓▓▓ | BADGE # ▓▓▓ |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) ▓▓▓ | DATE 06/14/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) D. Travers | TITLE AWCS | | DATE 6/15/05 |

CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| INSTITUTION SVSP | FACILITY C | PAGE 3 OF 4 | INCIDENT LOG NUMBER SVSP-CEN-05-06-0365 |
|---|---|---|---|
| TYPE OF INFORMATION: | | DATE OF INCIDENT 06/14/05 | TIME OF INCIDENT 05:13 |

[X] SYNOPSIS/SUMMARY OF INCIDENT    [ ] SUPPLEMENTAL INFORMATION    [ ] AMENDED INFORMATION    [ ] CLOSURE REPORT

NARRATIVE:

Diaz photographed and processed the evidence. Diaz performed The Department of Justice Presumptive Drug Test on the black tar substance, which proved positive for Heroin and weighed .17 grams and .14 grams.

Officer Fragoso and Salao were assigned to search cell 113. During the course of the cell search Fragoso discovered two razor blades approximately one and a half inches in length secreted in a nail clippers which was located on the desk area of the cell. Furthermore Fragoso discovered an Inmate Manufactured Weapon hidden in a television which was located on the top shelf. The weapon was constructed from round metal stock (tube) and sharpened to a point at one end. Fragoso measured six and a half inches in length and a quarter inch in width and sharpened to a point at one end. Fragoso photographed the evidence and processed the weapon into evidence. All inmates were re-housed without further incident.

SUSPECTS: Woods, D-30428, Frye, T-05458, Knight, C-67508, Harvey, H-28106, Williams, D-05864, Brown, J-75188, Reese J-02950, Hunter, J-06098

VICTIM: N/A

ESCORTS: R. Salao, M. Valdez, E. Perez, B. Gibbs, J. Jackson, D. Fragoso, E. Parsons, A. Diaz.

USE OF FORCE: O. C. Pepper Spray (MK9), Physical Force by Officer Jackson

CRIME SCENE/EVIDENCE: Multiple Digital photographs, Inmate Manufactured Weapons, and the controlled substance were placed in the Investigative Service Unit Evidence Lockers: June 2005 Film Locker, 06A, and 51 respectfully.

MEDICAL/MENTAL HEALTH: Woods: Clear, FRYE: Clear, Knight: CCCMS, Harvey: Clear, Williams: Clear, Brown: Clear, Reese: Clear, Hunter: Clear

EVALUATIONS/TREATMENT: LVN, N. Santos Conducted a medical examination/evaluations (7219) on Inmate Woods, noting no injuries. MTA, E. Pulido performed an CDC 7219 on Frye, noting no injuries. LVN, N. Santos Conducted a 7219 on Inmate Knight noting no injuries. RN, N. Moore Conducted a 7219 on Inmate Harvery noting no injuries. MTA, E. Pulido performed an CDC 7219 on Williams, noting OC Exposure. MTA, E. Pulido performed an CDC 7219 on Reese, noting no injuries. MTA, E. Pulido performed an CDC 7219 on Brown, noting OC Exposure. MTA, E. Pulido performed an CDC 7219 on Hunter, noting no injuries.

CONCLUSION: There was no damage to state property, nor were there any staff injuries. Inmate Woods will be issued a Rules Violation report (CDC 115) for the violation of California Code Of Regulations 3016(c), specifically, Distribution of a Controlled Substance within an institution . Inmate Frye will be issued a CDC 115 for the violation of California Code Of Regulations 3016(c), specifically, Distribution of a Controlled Substance within an institution. Inmate Knight will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Harvey will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Williams will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Brown will be issued a CDC 115 for the violation of California Code Of Regulations 3006(a), specifically, Possession of Inmate Manufactured Weapon. Inmate Reese will be issued a CDC 115 for the violation of California Code Of Regulations 3016 (b), specifically, Possession of Drug Paraphernalia.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) R. L. MARTINEZ | TITLE LIEUTENANT | ID # ████ | BADGE # ████ |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) ████ | DATE 06/14/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) D. Travers | TITLE Correctional Administrator | | DATE 6/15/05 |

CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| INSTITUTION | FACILITY | PAGE __4__ OF __4__ | INCIDENT LOG NUMBER |
|---|---|---|---|
| SVSP | C | | SVSP-CEN-05-06-0365 |
| TYPE OF INFORMATION: | | DATE OF INCIDENT | TIME OF INCIDENT |
| ☒ SYNOPSIS/SUMMARY OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☐ AMENDED INFORMATION    ☐ CLOSURE REPORT | | 06/14/05 | 05:13 |

NARRATIVE:

NOTIFICATIONS: This incident will be referred to the Monterey County District Attorney's officer for possible felony prosecution. All appropriate Administrative Staff were notified of this incident. You will be apprised of any further developments in this matter via supplemental reports.

☒ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| R. L. Martinez | Lieutenant | 286868 | ▓▓▓▓▓ |
| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | | DATE |
| *(signature)* | ▓▓▓▓▓ | | 06/14/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | | DATE |
| D. Travers  *(signature)* | AWCS | | 6/15/05 |

STATE OF CALIFORNIA

# CRIME / INCIDENT REPORT
## PART B1 - INMATE
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

| INSTITUTION | FACILITY | |
|---|---|---|
| SVSP | C | |

INCIDENT LOG NUMBER: SVP-CEN-05-06-0365

**INMATE (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| WOODS | BARRY | | D30424 | M | BLA | ▓▓▓▓ | ▓▓▓▓ |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 367 | ☒ YES | 01 / 08 / 91 | | | ☐ YES | 02 / 28 / 65 | C6 102 |
| ☒ SUSPECT | | ☐ NO | | | | ☒ NO | | |
| ☐ WITNESS | | | | | | | | |

☐ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ☒ N/A

COMMITMENT OFFENSE ▓▓▓▓

COUNTY OF COMMITMENT: SACRAMENTO

DESCRIPTION OF INJURIES: ☒ N/A

PRISON GANG / DISRUPTIVE GROUP ▓▓▓▓
☐ VALIDATED ☒ ASSOCIATED ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT
☐ DECEASED DATE: _____ ☒ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

---

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| FRYE | KARLOS | | T 05458 | M | BLA | 799616XA1 | A09558153 |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 85 | ☐ YES | 01 / 30 / 01 | | | ☐ YES | 05 / 22 / 76 | C6 102 |
| ☒ SUSPECT | | ☒ NO | | | | ☒ NO | | |
| ☐ WITNESS | | | | | | | | |

☐ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ☒ N/A

COMMITMENT OFFENSE ▓▓▓▓

COUNTY OF COMMITMENT: SACRAMENTO

DESCRIPTION OF INJURIES: ☒ N/A

PRISON GANG / DISRUPTIVE GROUP ▓▓▓▓
☐ VALIDATED ☒ ASSOCIATED ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT
☐ DECEASED DATE: _____ ☒ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

---

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| KNIGHT | CLARENCE | | C 07508 | M | BLA | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 211 | ☐ YES | 8 / 8 / 79 | | | ☐ YES | 04 / 16 / 60 | C6 103 |
| ☒ SUSPECT | | ☐ NO | | | | ☒ NO | | |
| ☐ WITNESS | | | | | | | | |

☒ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ☐ N/A

COMMITMENT OFFENSE ▓▓▓▓

COUNTY OF COMMITMENT: ▓▓▓▓

DESCRIPTION OF INJURIES: ☒ N/A

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED ☐ ASSOCIATED ☒ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT
☐ DECEASED DATE: _____ ☒ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

---

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| HARVEY | QUILLIE | | H 28106 | M | BLA | 944715CB2 | A09763681 |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 130 | ☐ YES | 4 / / 92 | ▓▓▓▓ | / / | ☐ YES | 9 / 18 / 73 | |
| ☒ SUSPECT | | ☒ NO | | | | ☒ NO | | |
| ☐ WITNESS | | | | | | | | |

☐ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ☒ N/A

COMMITMENT OFFENSE ▓▓▓▓

COUNTY OF COMMITMENT: ▓▓▓▓

DESCRIPTION OF INJURIES: ☒ N/A

PRISON GANG / DISRUPTIVE GROUP ▓▓▓▓
☐ VALIDATED ☒ ASSOCIATED ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT
☐ DECEASED DATE: _____ ☐ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE 2 OF 2

| INSTITUTION | FACILITY | |
|---|---|---|
| Salinas Valley State Prison | C | INCIDENT LOG NUMBER SVP-CEN-05-06-0365 |

**INMATE (ENTIRE SHEET)**

---

| NAME: LAST WILLIAMS | FIRST Henry | | MI L. | CDC # D05864 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 57 | PV RTC ☐ YES ☒ NO | DATE REC'D BY CDC 05 / 08 / 85 | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB 08/ 03 /64 | HOUSING ASSIGN. C6-113 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | | | | | | | |
| ☒ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☒ N/A | ☐ DMH | COMMITMENT OFFENSE | | | |

COUNTY OF COMMITMENT

DESCRIPTION OF INJURIES:

NONE

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED   ☐ ASSOCIATED   ☒ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☒ N/A | ☒ N/A |

---

| NAME: LAST BROWN | FIRST Ernest | | MI D. | CDC # J75188 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 57 | PV RTC ☐ YES ☒ NO | DATE REC'D BY CDC 09 / 01 / 95 | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB 02/ 24 /64 | HOUSING ASSIGN. C6-113 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | | | | | | | |
| ☒ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☒ N/A | ☐ DMH | COMMITMENT OFFENSE | | | |

COUNTY OF COMMITMENT

DESCRIPTION OF INJURIES:

NONE

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED   ☐ ASSOCIATED   ☒ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☒ N/A | ☒ N/A |

---

| NAME: LAST REESE | FIRST CALVIN | | MI L. | CDC # D02950 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 166 | PV RTC ☒ YES ☐ NO | DATE REC'D BY CDC 04 / 18 / 95 | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB 10/ 31 /68 | HOUSING ASSIGN. C8-211 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | | | | | | | |
| ☒ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☒ N/A | ☐ DMH | COMMITMENT OFFENSE | | | |

COUNTY OF COMMITMENT SACRAMENTO

DESCRIPTION OF INJURIES:

NONE

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED   ☐ ASSOCIATED   ☒ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☒ N/A | ☒ N/A |

---

| NAME: LAST HUNTER | FIRST LIONEL | | MI A. | CDC # J06098 | SEX M | ETHNICITY BLK | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|

| CHECK ONE | CLASS SCORE 89 | PV RTC ☒ YES ☐ NO | DATE REC'D BY CDC 09 / 20 / 96 | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION ☐ YES ☒ NO | DOB 05/ 05 /74 | HOUSING ASSIGN. C8-211 |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | | | | | | | |
| ☒ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☒ N/A | ☐ DMH | COMMITMENT OFFENSE | | | |

COUNTY OF COMMITMENT KERN

DESCRIPTION OF INJURIES:

NONE

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED   ☐ ASSOCIATED   ☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☒ N/A | ☒ N/A |

CRIME / INCIDENT REPORT
PART B2 - STAFF
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

| INSTITUTION | FACILITY | | |
|---|---|---|---|
| SVSP | C | PAGE 1 OF 3 | INCIDENT LOG NUMBER SVP-CEN-05-06-0365 |

STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| MARTINEZ | R | | LIEUTENANT | | M | M | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [X] PRIMARY  [ ] CAMERA | 33903 | | | |
| [ ] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [ ] YES  [X] NO | [ ] YES  [X] NO |
| [ ] DECEASED DATE: ____ [X] N/A | [X] N/A | TYPE: | |

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| HATTON | S | B | SERGEANT | | M | W | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [X] PRIMARY  [ ] CAMERA | 34943 | | 250415 | |
| [ ] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [X] YES  [ ] NO | [ ] YES  [ ] NO |
| [ ] DECEASED DATE: ____ [X] N/A | [X] N/A | TYPE: PHYS. | |

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| VALDEZ | M | | OFFICER | | M | M | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [X] PRIMARY  [ ] CAMERA | 54177 | | 253100 | |
| [ ] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [ ] YES  [X] NO | [X] YES  [ ] NO |
| [ ] DECEASED DATE: ____ [X] N/A | [X] N/A | TYPE: | |

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| FRAGOSO | D | | OFFICER | | M | M | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [X] PRIMARY  [ ] CAMERA | 37662 | | 253102 | |
| [ ] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [X] YES  [ ] NO | [X] YES  [ ] NO |
| [ ] DECEASED DATE: ____ [X] N/A | [X] N/A | TYPE: OC SPRAY | |

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| GIBBS | B | | OFFICER | | M | B | S/S/H |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [ ] PRIMARY  [ ] CAMERA | 52949 | | 253103 | |
| [ ] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [X] YES  [ ] NO | [X] YES  [ ] NO |
| [ ] DECEASED DATE: ____ [X] N/A | [X] N/A | TYPE: OC SPRAY | |

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART B2- STAFF
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

| INSTITUTION | FACILITY | | PAGE 2 OF 3 |
|---|---|---|---|
| SVSP | C | | INCIDENT LOG NUMBER SVP-CEN-05-06-0365 |

**STAFF (ENTIRE SHEET)**

---

| NAME: LAST SALAO | FIRST R | MI | TITLE OFFICER | SEX M | ETHNICITY O | RDO'S S/S/H |
|---|---|---|---|---|---|---|

CHECK ONE
- [X] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [ ] WITNESS
- [ ] VICTIM

| BADGE # ▓▓ | ID # ▓▓ | POST ASSIGN. # 253104 | POSITION SQUAD OFFICER # 5 |
|---|---|---|---|

DESCRIPTION OF INJURIES: [X] N/A

- [ ] HOSPITALIZED  [ ] TREATED & RELEASED
- [ ] REFUSED TREATMENT
- [ ] DECEASED DATE: _____

NAME/LOCATION OF HOSP./TREAT. FACILITY [X] N/A  [X] N/A

USED FORCE [ ] YES  [X] NO  TYPE: _____

PROCESSED EVIDENCE [ ] YES  [X] NO

---

| NAME: LAST JACKSON | FIRST J | MI | TITLE OFFICER | SEX M | ETHNICITY W | RDO'S S/S/H |
|---|---|---|---|---|---|---|

CHECK ONE
- [X] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [ ] WITNESS
- [ ] VICTIM

| BADGE # ▓▓ | ID # 286930 | POST ASSIGN. # 253105 | POSITION SQUAD OFFICER # 6 |
|---|---|---|---|

DESCRIPTION OF INJURIES: [X] N/A

- [ ] HOSPITALIZED  [ ] TREATED & RELEASED
- [ ] REFUSED TREATMENT
- [ ] DECEASED DATE: _____

NAME/LOCATION OF HOSP./TREAT. FACILITY [X] N/A  [X] N/A

USED FORCE [X] YES  [ ] NO  TYPE: OC & PHYS.

PROCESSED EVIDENCE [ ] YES  [ ] NO

---

| NAME: LAST PEREZ | FIRST E | MI | TITLE OFFICER | SEX M | ETHNICITY M | RDO'S S/S/H |
|---|---|---|---|---|---|---|

CHECK ONE
- [X] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [ ] WITNESS
- [ ] VICTIM

| BADGE # ▓▓ | ID # 2862341 | POST ASSIGN. # 253106 | POSITION SQUAD OFFICER # 7 |
|---|---|---|---|

DESCRIPTION OF INJURIES: [X] N/A

- [ ] HOSPITALIZED  [ ] TREATED & RELEASED
- [ ] REFUSED TREATMENT
- [ ] DECEASED DATE: _____

NAME/LOCATION OF HOSP./TREAT. FACILITY [X] N/A  [X] N/A

USED FORCE [X] YES  [ ] NO  TYPE: OC SPRAY

PROCESSED EVIDENCE [ ] YES  [X] NO

---

| NAME: LAST DIAZ | FIRST A | MI | TITLE OFFICER | SEX M | ETHNICITY M | RDO'S S/S/H |
|---|---|---|---|---|---|---|

CHECK ONE
- [X] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [ ] WITNESS
- [ ] VICTIM

| BADGE # ▓▓ | ID # 2866361 | POST ASSIGN. # 253107 | POSITION SQUAD OFFICER # 8 |
|---|---|---|---|

DESCRIPTION OF INJURIES: [X] N/A

- [ ] HOSPITALIZED  [ ] TREATED & RELEASED
- [ ] REFUSED TREATMENT
- [ ] DECEASED DATE: _____

NAME/LOCATION OF HOSP./TREAT. FACILITY [X] N/A  [X] N/A

USED FORCE [ ] YES  [X] NO  TYPE: _____

PROCESSED EVIDENCE [X] YES  [ ] NO

---

| NAME: LAST PARSONS | FIRST T | MI | TITLE OFFICER | SEX M | ETHNICITY W | RDO'S S/S/H |
|---|---|---|---|---|---|---|

CHECK ONE
- [X] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [ ] WITNESS
- [ ] VICTIM

| BADGE # ▓▓ | ID # 2861113 | POST ASSIGN. # 253110 | POSITION TOOL CONTROL |
|---|---|---|---|

DESCRIPTION OF INJURIES: [X] N/A

- [ ] HOSPITALIZED  [ ] TREATED & RELEASED
- [ ] REFUSED TREATMENT
- [ ] DECEASED DATE: _____

NAME/LOCATION OF HOSP./TREAT. FACILITY [X] N/A  [X] N/A

USED FORCE [ ] YES  [X] NO  TYPE: _____

PROCESSED EVIDENCE [ ] YES  [X] NO