CLARENCE V. KNIGHT
Petitioner

M.S. EVANS, WARDEN et al.,
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

FILED
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, CLARENCE V. KNIGHT, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☑ Yes  ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. PRISON JOB ASSIGNMENT; APPROX. 11¢ PER HR.

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐ Yes  ☑ No
    b. Rent payments, interest or dividends?              ☐ Yes  ☑ No
    c. Pensions, annuities or life insurance payments?    ☐ Yes  ☑ No
    d. Gifts or inheritances?                             ☐ Yes  ☑ No
    e. Any other sources?                                 ☐ Yes  ☑ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

    ☐ Yes  ☑ No

    If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __NONE_____

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __1/13/08__          _Clarence V. Knight_____
                *Date*                        *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

_____

_____          _____
        *Date*                   *Authorized Officer of Institution/Title of Officer*

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Knight, Clarence  C-71508** for the last six months at

```
SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT       [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
```
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **7.18** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **8.65**.

Dated: **1/16/08**                    _L. Macias_
                                [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                              REPORT DATE: 01/16/08
                                                     PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 16, 2008

ACCOUNT NUMBER : C07508              BED/CELL NUMBER: FDB7T1000000114L
ACCOUNT NAME   : KNIGHT, CLARENCE VINSON    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION    COMMENT       CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----   ----  -----------    -------       ---------  --------  -----------  -------

07/01/2007    BEGINNING BALANCE                                                 0.00

09/07  D554  INMATE PAYROL  0709 P8/07                  27.00                  27.00
09/07  W212  FEDERAL FILIN  0720 NTH                               3.00        24.00
09/07  W212  FEDERAL FILIN  0720 NTH                               3.00        21.00
09/07  W212  FEDERAL FILIN  0720 NTH                               3.00        18.00
09/07  W212  FEDERAL FILIN  0720 NTH                               3.00        15.00
09/07  W213  FEDERAL FILIN  0720 STH                               3.00        12.00
09/07  W213  FEDERAL FILIN  0720 STH                               3.00         9.00
09/07  W214  FEDERAL FILIN  0720 EDS                               3.00         6.00
09/07  W214  FEDERAL FILIN  0720 EDS                               3.00         3.00
09/07  W215  FEDERAL FILIN  0720 EDF                               3.00         0.00
11/06  D554  INMATE PAYROL  1254 P9/07                   8.82                   8.82
11/06  W212  FEDERAL FILIN  1266 NTH                               0.98         7.84
11/06  W213  FEDERAL FILIN  1266 STH                               0.98         6.86
11/06  W212  FEDERAL FILIN  1266 NTH                               0.98         5.88
11/06  W212  FEDERAL FILIN  1266 NTH                               0.98         4.90
11/06  W212  FEDERAL FILIN  1266 9TH                               0.98         3.92
11/06  W213  FEDERAL FILIN  1266 STH                               0.98         2.94
11/06  W214  FEDERAL FILIN  1266 EDS                               0.98         1.96
11/06  W214  FEDERAL FILIN  1266 EDS                               0.98         0.98
11/06  W215  FEDERAL FILIN  1266 EDF                               0.98         0.00
12/06  D554  INMATE PAYROL  1494P10/07                   7.28                   7.28
12/06  W212  FEDERAL FILIN  1501 NTH                               0.80         6.48
12/06  W212  FEDERAL FILIN  1501 NTH                               0.81         5.67
12/06  W212  FEDERAL FILIN  1501 NTH                               0.81         4.86
12/06  W212  FEDERAL FILIN  1501 NTH                               0.81         4.05
12/06  W213  FEDERAL FILIN  1501 STH                               0.81         3.24
12/06  W213  FEDERAL FILIN  1501 STH                               0.81         2.43
12/06  W214  FEDERAL FILIN  1501 EDS                               0.81         1.62
12/06  W214  FEDERAL FILIN  1501 EDS                               0.81         0.81
12/06  W215  FEDERAL FILIN  1501 EDF                               0.81         0.00
       ACTIVITY FOR 2008
01/07  D554  INMATE PAYROL  1735P11/07                   5.60                   5.60
01/07  D554  INMATE PAYROL  1739P12/07                  12.00                  17.60
01/07  W212  FEDERAL FILIN  1748 NTH                               0.39        17.21
01/07  W212  FEDERAL FILIN  1748 NTH                               0.39        16.82
01/07* W212  FEDERAL FILIN  1748 NTH                               0.39        16.43
01/07* W212  FEDERAL FILIN  1748 NTH                               0.39        16.04
01/07  W213  FEDERAL FILIN  1748 STH                               0.39        15.65
01/07  W213  FEDERAL FILIN  1748 STH                               0.39        15.26
01/07* W214  FEDERAL FILIN  1748 EDS                               0.39        14.87
01/07* W214  FEDERAL FILIN  1748 EDS                               0.39        14.48
01/07* W215  FEDERAL FILIN  1748 EDF                               0.40        14.08
```

```
REPORT ID: TS3030  .701                                REPORT DATE: 01/16/08
                                                       PAGE NO:         2
                          SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 16, 2008

ACCT: C07508        ACCT NAME: KNIGHT, CLARENCE VINSON     ACCT TYPE: I
      TRAN
DATE  CODE  DESCRIPTION      COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----  ----  ---------------  ----------  ---------  --------  -----------  -------
01/11 W502  POSTAGE CHARG    1801 PPOST                            2.90     11.18
01/11 W515  COPY CHARGE      1808 COPY                             0.72     10.46
01/11 W515  COPY CHARGE      1808 COPY                             0.17     10.29

                          CURRENT HOLDS IN EFFECT

DATE         HOLD
PLACED       CODE       DESCRIPTION              COMMENT        HOLD AMOUNT
----------   ----   ---------------------       ----------      -----------
01/03/2008   H109   LEGAL POSTAGE HOLD          1700 LPOST            4.60

                          TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
---------    --------    -----------   -------    -------    ------------
  0.00        60.70        50.41        10.29      4.60         0.00
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 1/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias SVSP

CURRENT AVAILABLE BALANCE

5.69



CLARENCE KNIGHT
C07508  D7-114
P.O.Box 1050
Soledad, CALIF. 93960
SALINAS Valley STATE PRISON

OFFice OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DIST. OF CALIF
1301 CLAY STR. SUITE 400S
OAKLAND, CA. 94612-5212

LEGAL MAIL ONLY

CLARENCE V. KNIGHT
_____
Petitioner

M.S. EVANS, WARDEN ET AL.,
_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

FILED
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, CLARENCE V. KNIGHT, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☑ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. PRISON JOB ASSIGNMENT; APPROX. 11¢ PER HR.

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends?              ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes   ☑ No
   d. Gifts or inheritances?                             ☐ Yes   ☑ No
   e. Any other sources?                                 ☐ Yes   ☑ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes   ☑ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __NONE__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __1/13/08__      __Clarence V. Knight__
                Date                     Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____          _____
         Date                              Authorized Officer of Institution/Title of Officer

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Knight, Clarence CO1508** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **7.18** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **8.65**.

Dated: **1/16/08**          _L. Macias_
                            [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                              REPORT DATE: 01/16/08
                                                                     PAGE NO:        1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                               SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 16, 2008

ACCOUNT NUMBER : C07508                    BED/CELL NUMBER: FDB7T1000000114L
ACCOUNT NAME   : KNIGHT, CLARENCE VINSON   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                   TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE   DESCRIPTION        COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------   ----   -----------        -------       ---------   --------   -----------   -------

07/01/2007      BEGINNING BALANCE                                                        0.00

09/07   D554   INMATE PAYROL  0709 P8/07                      27.00                     27.00
09/07   W212   FEDERAL FILIN  0720 NTH                                      3.00        24.00
09/07   W212   FEDERAL FILIN  0720 NTH                                      3.00        21.00
09/07   W212   FEDERAL FILIN  0720 NTH                                      3.00        18.00
09/07   W212   FEDERAL FILIN  0720 NTH                                      3.00        15.00
09/07   W213   FEDERAL FILIN  0720 STH                                      3.00        12.00
09/07   W213   FEDERAL FILIN  0720 STH                                      3.00         9.00
09/07   W213   FEDERAL FILIN  0720 STH                                      3.00         6.00
09/07   W214   FEDERAL FILIN  0720 EDS                                      3.00         3.00
09/07   W214   FEDERAL FILIN  0720 EDS                                      3.00         0.00
09/07   W215   FEDERAL FILIN  0720 EDF                                                   0.00
11/06   D554   INMATE PAYROL  1254 P9/07                       8.82                      8.82
11/06   W212   FEDERAL FILIN  1266 NTH                                      0.98         7.84
11/06   W213   FEDERAL FILIN  1266 STH                                      0.98         6.86
11/06   W212   FEDERAL FILIN  1266 NTH                                      0.98         5.88
11/06   W212   FEDERAL FILIN  1266 NTH                                      0.98         4.90
11/06   W212   FEDERAL FILIN  1266 9TH                                      0.98         3.92
11/06   W213   FEDERAL FILIN  1266 STH                                      0.98         2.94
11/06   W214   FEDERAL FILIN  1266 EDS                                      0.98         1.96
11/06   W214   FEDERAL FILIN  1266 EDS                                      0.98         0.98
11/06   W215   FEDERAL FILIN  1266 EDF                                      0.98         0.00
12/06   D554   INMATE PAYROL  1494P10/07                       7.28                      7.28
12/06   W212   FEDERAL FILIN  1501 NTH                                      0.80         6.48
12/06   W212   FEDERAL FILIN  1501 NTH                                      0.81         5.67
12/06   W212   FEDERAL FILIN  1501 NTH                                      0.81         4.86
12/06   W212   FEDERAL FILIN  1501 NTH                                      0.81         4.05
12/06   W213   FEDERAL FILIN  1501 STH                                      0.81         3.24
12/06   W213   FEDERAL FILIN  1501 STH                                      0.81         2.43
12/06   W213   FEDERAL FILIN  1501 STH                                      0.81         1.62
12/06   W214   FEDERAL FILIN  1501 EDS                                      0.81         0.81
12/06   W214   FEDERAL FILIN  1501 EDS                                      0.81         0.00
12/06   W215   FEDERAL FILIN  1501 EDF                                                   0.00
        ACTIVITY FOR 2008
01/07   D554   INMATE PAYROL  1735P11/07                       5.60                      5.60
01/07   D554   INMATE PAYROL  1739P12/07                      12.00                     17.60
01/07   W212   FEDERAL FILIN  1748 NTH                                      0.39        17.21
01/07   W212   FEDERAL FILIN  1748 NTH                                      0.39        16.82
01/07*  W212   FEDERAL FILIN  1748 NTH                                      0.39        16.43
01/07*  W212   FEDERAL FILIN  1748 NTH                                      0.39        16.04
01/07   W213   FEDERAL FILIN  1748 STH                                      0.39        15.65
01/07   W213   FEDERAL FILIN  1748 STH                                      0.39        15.26
01/07   W213   FEDERAL FILIN  1748 STH                                      0.39        14.87
01/07*  W214   FEDERAL FILIN  1748 EDS                                      0.39        14.48
01/07*  W214   FEDERAL FILIN  1748 EDS                                      0.40        14.08
01/07*  W215   FEDERAL FILIN  1748 EDF
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 01/16/08
                                                                 PAGE NO:         2
                             SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 16, 2008

ACCT: C07508         ACCT NAME: KNIGHT, CLARENCE VINSON          ACCT TYPE: I
         TRAN
DATE     CODE   DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------   ----   -----------      -------       ---------   --------   -----------   -------
01/11    W502   POSTAGE CHARG    1801 PPOST                               2.90        11.18
01/11    W515   COPY CHARGE      1808 COPY                                0.72        10.46
01/11    W515   COPY CHARGE      1808 COPY                                0.17        10.29


                            CURRENT HOLDS IN EFFECT

 DATE         HOLD
 PLACED       CODE        DESCRIPTION                    COMMENT          HOLD AMOUNT
 ------       ----        -----------                    -------          -----------
 01/03/2008   H109    LEGAL POSTAGE HOLD                1700 LPOST            4.60

                            TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL         CURRENT         HOLDS        TRANSACTIONS
   BALANCE        DEPOSITS    WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
  ---------       --------    -----------      -------        -------       ------------
     0.00          60.70         50.41          10.29          4.60            0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Maas SVSP
   TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
   5.69

CLARENCE KNIGHT
C07508 D7-114
P.O. BOX 1050
Soledad, CAL.F. 93960
SALINAS VALLEY STATE PRISON

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DIST. OF CALIF
1301 CLAY STR. SUITE 400S
OAKLAND, CA. 94612-5212

LEGAL MAIL ONLY