**FILED**
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 08 0006

Clarence V. Knight
          Plaintiff,

vs.

M.S. Evans, Warden, et al.,
          Defendants.

CASE NO. _____ SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Clarence Knight, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 10 or 11¢ per hr.   Net: $11.00 per month @

Employer: Prison Pay

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                    Yes ___ No ✓
10           self employment
11     b.    Income from stocks, bonds,                 Yes ___ No ✓
12           or royalties?
13     c.    Rent payments?                             Yes ___ No ✓
14     d.    Pensions, annuities, or                    Yes ___ No ✓
15           life insurance payments?
16     e.    Federal or State welfare payments,         Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     _____NONE_____
6     _____

7  5.  Do you own or are you buying a home?     Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?     Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ ___NONE___   Utilities: ___NONE___
23 Food: $ ___NONE___   Clothing: ___NONE___
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____        $_____        $_____
27 _____        $_____        $_____
28 _____        $_____        $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NONE_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  1/15/08                            Clarence V. Knight
17   DATE                              SIGNATURE OF APPLICANT

Case Number: C-08-0006 SBA (PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____   _____
[Authorized officer of the institution]

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Knight, Clarence** (CDC T508) for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020            [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **7.18** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **14.11**.

Dated: **1/25/08**

_L. Macias_
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                              REPORT DATE: 01/25/08
                                                     PAGE NO:

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 25, 2008

ACCOUNT NUMBER  : C07508            BED/CELL NUMBER: FDB7T1000000114L
ACCOUNT NAME    : KNIGHT, CLARENCE VINSON    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION      COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----   ----  -----------      -------    ---------  --------  -----------  -------

07/01/2007    BEGINNING BALANCE                                                0.00

09/07   D554  INMATE PAYROL  0709 P8/07               27.00                   27.00
09/07   W212  FEDERAL FILIN  0720 NTH                              3.00       24.00
09/07   W212  FEDERAL FILIN  0720 NTH                              3.00       21.00
09/07   W212  FEDERAL FILIN  0720 NTH                              3.00       18.00
09/07   W212  FEDERAL FILIN  0720 NTH                              3.00       15.00
09/07   W213  FEDERAL FILIN  0720 STH                              3.00       12.00
09/07   W213  FEDERAL FILIN  0720 STH                              3.00        9.00
09/07   W214  FEDERAL FILIN  0720 EDS                              3.00        6.00
09/07   W214  FEDERAL FILIN  0720 EDS                              3.00        3.00
09/07   W215  FEDERAL FILIN  0720 EDF                              3.00        0.00
11/06   D554  INMATE PAYROL  1254 P9/07                8.82                    8.82
11/06   W212  FEDERAL FILIN  1266 NTH                              0.98        7.84
11/06   W213  FEDERAL FILIN  1266 STH                              0.98        6.86
11/06   W212  FEDERAL FILIN  1266 NTH                              0.98        5.88
11/06   W212  FEDERAL FILIN  1266 NTH                              0.98        4.90
11/06   W212  FEDERAL FILIN  1266 9TH                              0.98        3.92
11/06   W213  FEDERAL FILIN  1266 STH                              0.98        2.94
11/06   W214  FEDERAL FILIN  1266 EDS                              0.98        1.96
11/06   W214  FEDERAL FILIN  1266 EDS                              0.98        0.98
11/06   W215  FEDERAL FILIN  1266 EDF                              0.98        0.00
12/06   D554  INMATE PAYROL  1494P10/07                7.28                    7.28
12/06   W212  FEDERAL FILIN  1501 NTH                              0.80        6.48
12/06   W212  FEDERAL FILIN  1501 NTH                              0.81        5.67
12/06   W212  FEDERAL FILIN  1501 NTH                              0.81        4.86
12/06   W212  FEDERAL FILIN  1501 NTH                              0.81        4.05
12/06   W213  FEDERAL FILIN  1501 STH                              0.81        3.24
12/06   W213  FEDERAL FILIN  1501 STH                              0.81        2.43
12/06   W214  FEDERAL FILIN  1501 EDS                              0.81        1.62
12/06   W214  FEDERAL FILIN  1501 EDS                              0.81        0.81
12/06   W215  FEDERAL FILIN  1501 EDF                              0.81        0.00
        ACTIVITY FOR 2008
01/07   D554  INMATE PAYROL  1735P11/07                5.60                    5.60
01/07   D554  INMATE PAYROL  1739P12/07               12.00                   17.60
01/07   W212  FEDERAL FILIN  1748 NTH                              0.39       17.21
01/07   W212  FEDERAL FILIN  1748 NTH                              0.39       16.82
01/07*  W212  FEDERAL FILIN  1748 NTH                              0.39       16.43
01/07*  W212  FEDERAL FILIN  1748 NTH                              0.39       16.04
01/07   W213  FEDERAL FILIN  1748 STH                              0.39       15.65
01/07   W213  FEDERAL FILIN  1748 STH                              0.39       15.26
01/07*  W214  FEDERAL FILIN  1748 EDS                              0.39       14.87
01/07*  W214  FEDERAL FILIN  1748 EDS                              0.39       14.48
01/07*  W215  FEDERAL FILIN  1748 EDF                              0.40       14.08
```

```
REPORT ID: TS3030 .701                                          REPORT DATE: 01/25/08
                                                                PAGE NO:           2
                            SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 25, 2008

ACCT: C07508          ACCT NAME: KNIGHT, CLARENCE VINSON        ACCT TYPE: I
        TRAN
DATE    CODE   DESCRIPTION      COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----   -----------      -------     ---------   --------   -----------   -------
                                                                      2.90        11.18
01/11   W502   POSTAGE CHARG    1801 PPOST                            0.72        10.46
01/11   W515   COPY CHARGE      1808 COPY                             0.17        10.29
01/11   W515   COPY CHARGE      1808 COPY                             4.60         5.69
01/17   W512   LEGAL POSTAGE    1869 LPOST

                            TRUST ACCOUNT SUMMARY

                                                                                TRANSACTIONS
  BEGINNING        TOTAL         TOTAL         CURRENT         HOLDS            TO BE POSTED
   BALANCE        DEPOSITS     WITHDRAWALS     BALANCE        BALANCE
  ---------      ---------     -----------     -------        -------           ------------
     0.00          60.70          55.01          5.69           0.00                0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1/25/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ SVSP
        TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
  5.69



CLARENCE KNIGHT
C-07508  D7-114
PO Box 1050
SOLEDAD, CALIF. 93960
SALINAS VALLEY STATE PRISON

U.S. DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DIST. OF CALIF.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

LEGAL

LEGAL

LEGAL