1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CLARENCE V. KNIGHT,                    No. C 08-00006 SBA (PR)

11                Petitioner,               **ORDER GRANTING REQUEST FOR
                                            EXTENSION OF TIME FOR
12       v.                                 PETITIONER TO FILE TRAVERSE**

13   M. S. EVANS, Warden,

14                Respondent.

15   _____/

16          Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court

17   directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.

18   Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse.

19   Good cause appearing, the request is GRANTED.  Petitioner shall file a traverse by February 23,

20   2009.

21          This Order terminates Docket no. 11.

22          IT IS SO ORDERED.

23   DATED: 12/17/09                        _Saundra B Armstrong_____
                                            SAUNDRA BROWN ARMSTRONG
24                                          UNITED STATES DISTRICT JUDGE

25
26
27
28

United States District Court
For the Northern District of California

P:\PRO-SE\SBA\HC.08\Knight0006.EOT-Traverse.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE,

        Plaintiff,

  v.

KNIGHT-V-M.S. EVANS et al,

        Defendant.

_____/

Case Number: CV08-00006 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence V. Knight C07508
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: December 21, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

United States District Court
For the Northern District of California