IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE V. KNIGHT, | No. C 08-00006 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. S. EVANS, Warden, | |
| Respondent. | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 9/15/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE,

        Plaintiff,

  v.

KNIGHT-V-M.S. EVANS et al,

        Defendant.

Case Number: CV08-00006 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence V. Knight C07508
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: September 15, 2010

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk